UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/TURNOFF

MOSHE SAPERSTEIN,

    Plaintiff,

vs.

THE PALESTINIAN AUTHORITY; and
THE PALESTINE LIBERATION
ORGANIZATION,

    Defendants.
_____/

### Verdict Form

We the Jury find that Plaintiff Moshe Saperstein should be awarded the following damages:

| | |
|---|---|
| Past Pain & Suffering | $ 2,000,000.00 |
| Past Physical Impairment | $ 1,000,000.00 |
| Disfigurement | $ 1,000,000.00 |
| Future Pain & Suffering | $ 2,000,000.00 |
| Future Physical Impairment | $ 1,000,000.00 |
| Mental Anguish | $ 3,000,000.00 |
| Loss of Ability to Lead a Normal Life | $ 6,000,000.00 |

        **TOTAL**         $ 16,000,000.00

**SO SAY WE ALL.**

_Walfrido␣␣Valdes_
Foreperson

DATED: 2/7/07