UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/TURNOFF

MOSHE SAPERSTEIN, et. al.

    Plaintiffs,

vs.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION, et. al.

    Defendants.

## FINAL JUDGMENT IN FAVOR OF PLAINTIFF MOSHE SAPERSTEIN

This action came on for trial before the Court and a jury, Honorable William C. Turnoff, United States Magistrate Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is hereby

**ORDERED and ADJUDGED** that:

1. The Federal Terrorism Act, 18 U.S.C. § 2333, ("FTA"), provides that "[a]ny national of the United States injured...by reason of an act of international terrorism...shall recover threefold the damages he...sustains and the cost of the suit, including attorney's fees."

2. Pursuant to this statute and the Sixteen Million Dollars ($16,000,000.00) in damages awarded by the Jury, FINAL JUDGMENT is hereby entered in favor of Plaintiff Moshe Saperstein, as against Defendants, The Palestinian Authority and The Palestine Liberation Organization, in the sum of Forty-Eight Million Dollars ($48,000,000.00), with interest thereon at the rate of _4.95%_ percent as provided by 28 U.S.C. § 1961, which is determined by the rate of the weekly

CASE NO. 04-20225-CIV-SEITZ/TURNOFF

average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment, along with his fees and costs relating to this action.

2. That the Defendants take nothing.

3. The Court reserves jurisdiction to award attorneys fees and costs pursuant to 18 U.S.C. § 2333 and the Local Rules of the Southern District of Florida.

Dated at Miami, Florida, this ___ day of March, 2007.

_____
William C. Turnoff
United States Magistrate Judge

Copies to all parties

Hon. Patricia A. Seitz

-2-