UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/TURNOFF

RACHEL SAPERSTEIN; AVI ITZHAK SAPERSTEIN,
TAMAR SAPERSTEIN, DAFNA SAPERSTEIN;
the ESTATE of AHUVA AMERGI, by and through
RAFI AMERGI, as Administrator, Executor
and/or Personal Representative; RAFI AMERGI, individually,
and as legal guardian of ITZAK AMERGI, MINOR, and
EFRAIM AMERGI, MINOR; DAN DAVIDOVIC;
JUDITH DAVIDOVIC ELIEZER DAVIDOVIC; ARIEL
DAVIDOVIC and SARAH ZWEIG,

       Plaintiffs,

vs.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION, *et al*

       Defendants.
_____/

## FINAL JUDGMENT AS TO RACHEL SAPERSTEIN, AVI ITZHAK SAPERSTEIN, TAMAR SAPERSTEIN, DAFNA SAPERSTEIN, AND THE AMERGI PLAINTIFFS IN FAVOR OF DEFENDANTS PA AND PLO

This action came on for hearing before the Court Honorable Patricia Seitz and the issues having been duly heard and a decision having been rendered,

It is Ordered and Adjudged

That, pursuant to this Court's Order Granting Motion to Dismiss the Second and Third Counts of the Third Amended Complaint [D.E. No. 98] which dismissed the claims of the Estate of Ahuva Amergi, Rafi Amergi (individually, as Representative of the Amergi Estate and as legal guardian of Itzak Amergi and Efraim Amergi), Dan Davidovic, Judith Davidovic Eliezer Davidovic,

CASE NO. 04-20225-CIV-SEITZ/TURNOFF

Ariel Davidovic and Sarah Zweig ("Amergi Plaintiffs"), as well as the claims of Rachel Saperstein, Tamar Saperstein and Dafna Saperstein ("Saperstein Family Plaintiffs"), for lack of subject matter jurisdiction, it is hereby

**ORDERED and ADJUDGED**

that the Amergi Plaintiffs and the Saperstein Family Plaintiffs take nothing and that the action be dismissed with prejudice on the merits for lack of subject matter jurisdiction, with all parties being responsible for their own fees and costs.

Dated at Miami, Florida, this 13th day of March, 2007.

Patricia A. Seitz
United States District Judge

Copies to all parties

-2-