UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

      Plaintiffs,

v.

THE PALESTINIAN AUTHORITY,
THE PALESTINE LIBERATION
ORGANIZATION, et al.,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF HEARING

      Defendants, The Palestinian Authority and The Palestine Liberation Organization ("PA and PLO"), hereby give notice that a hearing has been scheduled in this matter before Magistrate Judge John J. O'Sullivan on March 16, 2009 at 10:00 AM, at 301 North Miami Avenue, 5th Floor, Miami, Florida 33128, regarding Defendants' objections to Plaintiff Moshe Saperstein's Notice of Taking Deposition of Hussein Al-Sheikh, including, but not limited to, the propriety of identifying Hussein Al-Sheikh as "an officer, director and/or managing agent of Defendant, The Palestinian Authority," and the potential locations for such deposition.

      This hearing shall go forward only if this matter is not resolved at the Hearing scheduled for Friday, March 13, 2009, at 11:00 AM before Judge Patricia A. Seitz and Magistrate John J. O'Sullivan.

PMB 372876.1

- 2 -

Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

By:       /s/Gary A. Woodfield
     Gary A. Woodfield
     Florida Bar No. 563102
     One North Clematis Street, Suite 400
     West Palm Beach, FL 33401
     Telephone: (561) 833-7700
     Facsimile:  (561) 655-8719
     Email:  gwoodfield@eapdlaw.com

     Richard A. Hibey
     rhibey@milchev.com
     Mark J. Rochon
     mrochon@milchev.com
     Timothy P. O'Toole
     totoole@milchev.com
     Miller & Chevalier Chartered
     655 Fifteenth Street, N.W., Suite 900
     Washington, DC  20005-5701
     Telephone:  (202) 626-5800
     Facsimile:  (202) 626-5801

     **Attorneys for Defendants PA/PLO**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gary A. Woodfield

SERVICE LIST

*Counsel for Plaintiffs*
**Isaac M. Jaroslawicz, Esq.**
Jaroslawicz Law Offices
1177 Kane Concourse #222
Bay Harbor Islands, Florida  33154
Telephone:	1-305-398-7739
Facsimile:	1-305-206-3575
Email:	Isaac@MyLawyerIsaac.com


*Counsel for Avi Har Zahav*
**Lawrence D. Silverman, Esq.**
Silverman Cosgrove & Sammataro, LLC
One Biscayne Tower, Suite 2650
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:	1-305-377-1666
Facsimile:	1-305-377-1664
Email:	lsilverman@scs-legal.com

*Counsel for Defendants*
**Lawrence W. Schilling, Esq.**
**Ramsey Clark, Esq.**
37 W. 12th Street, Suite 2B
New York, New York  10011
Telephone:	1-212-989-6613
Facsimile:	1-212-979-1583

PMB 372876.1