UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN,

    Plaintiff,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on an informal discovery conference held on March 13, 2009. Having reviewed the record and having heard from both parties, it is

ORDERED AND ADJUDGED that for the reasons stated on the record the defendants shall produce Hussein Al-Sheikh for deposition in West Jerusalem, Israel.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **13th** day of March, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record