CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 04-20225               Date March 13, 2009
Clerk Matt Gessesse             Reporter David Ehrlich
In-Court Time 70 min.

Pl. Atty. Isaac Jaroslawicz, Robert Tolchin, Katherine Ezell, Robert Josefsberg

Def. Atty. Richard Hibey, Timothy O'Toole, Gary Woodfield

Style: Saperstein, et al. v PA, PLO

Reason for Hearing: Pro hac vice motion. Motion to stay case number assignment

Results of Hearing: Pro hac vice motion granted. Motion to stay case number assignment taken under advisement.

Misc.