UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MOSHE SAPERSTEIN, ET AL.        Case No. 04-20225-CV-PAS

       v.                MIAMI, FLORIDA
                         March 13, 2009
                         VOLUME I

                         PAGE 1 TO 42
THE PALESTINIAN AUTHORITY, ET AL.


HEARING ON PRO HAC VICE MOTION AND MOTION FOR STAY
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE
HON. JOHN J. O'SULLIVAN, J.
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                ISAAC M. JAROSLAWICZ, ESQ.
                Jaroslawicz Law Offices
                1177 Kane Concourse - Suite 222
                Bay Harbor Island, FL 33154

                ROBERT C. JOSEFSBERG, ESQ.
                KATHERINE W. EZELL, ESQ.
                Podhurst Orseck Josefsberg, et al.
                25 W. Flagler Street - Suite 800
                Miami, FL 33130-1780

                ROBERT J. TOLCHIN, ESQ.
                (Appearing by Video Conference)
                Berkman Law Office LLC - Suite 1928
                111 Livingston Street
                Brooklyn, NY 11201


REPORTED BY:             DAVID S. EHRLICH, RPR
                Official Court Reporter
                Wilkie D. Ferguson, Jr.
                U.S. Courthouse
                400 N. Miami, Room 11-4
                Miami, Florida 33128-1810
                (305) 523-5537

APPEARANCES:   (Continued)

FOR DEFENDANTS:

                    RICHARD A. HIBEY, ESQ.
                    TIMOTHY P. O'TOOLE, ESQ.
                    Miller & Chevalier Chartered
                    655 15th Street NW - Suite 900
                    Washington, DC  20005-6701

                    GARY A. WOODFIELD, ESQ.
                    Edwards Angell Palmer & Dodge LLP
                    1 North Clematis Street - Suite 400
                    West Palm Beach, FL  33401-4309

1    (Court reconvened at 11:10 a.m.)

2    MS. WEBB:  Case number 04-20225 civil, Moshe

3  Saperstein versus Palestinian Authority, et al.

4    Counsel, please state your appearances.

5    MR. JAROSLAWICZ:  Isaac Jaroslawicz, for plaintiff

6  Moshe Saperstein, Rachel Saperstein, Avi Itzhak Saperstein, Tamar

7  Saperstein, Dafna Saperstein, Dan Davidovic, Judith Davidovic,

8  Eliezer Davidovic, Ariel Davidovic and Sarah Zweig, Saperstein,

9  and I guess the Amergi plaintiffs.

10    MS. EZELL:  With the exception of Rafael Amergi --

11    THE COURT:  Rafi or Rafael?

12    MS. EZELL:  I think Rafi is a nickname.  I think it is

13  Rafael, who is the personal representative of the Amergi estate

14  and the father and guardian of the two children of the couple.

15    THE COURT:  The children are Itzak and Efraim?

16    MS. EZELL:  Yes.

17    And, Your Honor, Bob Josefsberg is on his way.  He

18  apologizes.  He will be here any minute.

19    THE COURT:  He has been time challenged before.

20    Okay.

21    MR. HIBEY:  Good morning, Your Honor.  Richard Hibey

22  for The Palestinian Authority and the Palestinian Liberation

23  Organization.

24    THE COURT:  Where is Mr. Woodfield?  Oh, there he is.

25    And with you is?

MR. HIBEY: Indeed. Mr. Timothy O'Toole and Mr. Gary Woodfield.

MR. WOODFIELD: Good morning, Your Honor.

MR. JAROSLAWICZ: And on line with us is Bob Tolchin who is applying to be cocounsel pro hac vice being beamed in from the Eastern District of New York.

THE COURT: Good morning, Mr. Tolchin.

MR. TOLCHIN: Good morning, Your Honor.

THE COURT: I don't know whether or not the camera you can see, but with me today is Judge O'Sullivan, who is my paired Magistrate Judge, and we are going to take care of the discovery dispute if we have sufficient time following this hearing here today.

Mr. Tolchin, can you see both Judge O'Sullivan and myself?

MR. TOLCHIN: Yes, I can, Your Honor. And it is a double honor.

THE COURT: Please have a seat everyone.

Let's deal with the pro hac motion. And let the record reflect that Mr. Josefsberg, better late than never, has arrived. We are going to get him a new watch that sets things 15 minutes ahead of time and glasses to read it.

Miss Ezell, you said that Rafael Amergi was the personal representative?

MS. EZELL: Yes.

1    THE COURT:  Appointed by whom?

2    MS. EZELL:  I'm sorry, Your Honor.  I don't remember

3    that.  It was early in the case.  I was notified by our Israeli

4    counsel Avi Har-Zahav that he had been appointed in Israel.

5    THE COURT:  So he has not been appointed as a personal

6    representative by the State of Florida.

7    MS. EZELL:  Oh, no, Your Honor.

8    THE COURT:  Let us deal first with the pro hac motion.

9    MR. JAROSLAWICZ:  May it please the Court, Isaac

10   Jaroslawicz.  We on our papers submitted our application pursuant

11   to the local rules and following the format provided by the web

12   site of --

13   THE COURT:  Maybe I should cut to the quick.  There

14   was a protest, and I probably need to understand the basis of the

15   protest.  Needless to say I was surprised by the protest.  But it

16   also gives Judge O'Sullivan and me an opportunity to have all

17   counsel together to sort of remind us all as to the rules of

18   engagement and the expectations of the Court as far as counsel's

19   professionalism, and most importantly the remembrance at all times

20   upon pain of losing one's pro hac admission, upon pain of being

21   referred to one's respective bar association for disciplinary

22   proceedings, and upon pain of being named in a written opinion

23   that I would author and publish where the name of the counsel

24   would be listed, that one always wants to remember that they are

25   first and foremost an officer of the court, and at any time that

there is a conflict between being an advocate for one's client and an officer of the court that the officer of the court responsibility has to trump because ultimately if one undermines the justice system, then you are not being a zealous advocate for your client because you are corrupting the system in which your client relies to achieve justice.

So as long as everybody is aware that that is my basic premise and that they all understand what my expectations and Judge O'Sullivan's expectations are and the penalties -- every carrot has to have a stick.

I am sorry to lose Miss Ezell and Mr. Josefsberg and the wonderful writer Mr. Rosenthal whose papers are always a delight to read. He is really a gifted lawyer. But they have set a nice tone. And Mr. Hibey has --

Well, counsel up to this point, I have been impressed, have attempted to make me proud of lawyers, and I would like to commend them to do that. And I hope that that continues.

So do you still have a protest?

MR. HIBEY: Your Honor, we as officers of the Court do not take lightly --

(A cell phone rang in the courtroom.)

THE COURT: Mr. Josefsberg, you going to donate your cell phone to the Court Security Officer.

MR. JOSEFSBERG: It is new and I try --

THE COURT: Mr. Josefsberg, you are going to give it

1    to the Court Security Officer.

2    MR. TOLCHIN:  Your Honor, Mr. Hibey has vanished from

3    view and from earshot.

4    THE COURT:  He will soon be earshot because you are no

5    longer in a camera.  So why don't you just sit there.  You can sit

6    down and just pull the microphone so that it is three inches away

7    from your lips.

8    MR. TOLCHIN:  Thank you, Judge.

9    THE COURT:  Mr. Ehrlich, my Court Reporter, needs it

10   to hear everyone.

11   And, Mr. Tolchin, if you can be so kind as to not

12   rustle any papers or move your microphone father away because

13   every time you even move in your seat it beams in here and

14   obstructs our ability -- I mean, just doing that makes an

15   incredible noise here in the courtroom.

16   MR. TOLCHIN:  I moved it considerably further.

17   THE COURT:  Thank you.

18   MR. TOLCHIN:  Is that better?

19   THE COURT:  Yes.  But don't sneeze, don't move papers,

20   keep your hands folded, please.  Thank you.

21   Mr. Hibey.

22   MR. HIBEY:  Richard Hibey, Your Honor.

23   THE COURT:  Sorry.  I am name challenged.  And I

24   apologize.  I will refer to everyone as counsel.

25   You saw how long I have known Miss Ezell and her name

1    just was not coming to my lips.

2              MR. HIBEY:  Those things happen.

3              Your Honor, the defendants chose not to consent to

4    what is usually a pro forma exercise for the entry of counsel pro

5    hac vice into litigation.  I make a distinction between our

6    withholding our consent and opposition.

7              The word "protest" in the grand scheme of things might

8    fall somewhere in-between those concepts.  I don't plan to be

9    metaphysical about it.  I just wanted to point out that I

10   entertain those distinctions at least in my mind.

11             THE COURT:  I appreciate the nuance.  Tell me why

12   there is this nuanced position.

13             MR. HIBEY:  Because I recognize that this is an

14   unusual situation in which opposing counsel don't feel that they

15   can join as matter of collegiality and recognition of the way in

16   which counsel usually participate in these matters that that is

17   not availing to us in our minds.  And as an officer of the court I

18   could not subscribe to the mere consent, the entry of Mr. Tolchin

19   in the case.

20             THE COURT:  Can you educate me as to the facts --

21             MR. HIBEY:  Yes.

22             THE COURT:  -- that lead you to this position?

23             MR. HIBEY:  Yes.

24             They are drawn from our experience with him.

25   Specifically, in the very first conversation I ever had with this

1   man, and within 30 seconds of our introduction by name to each

2   other by telephone, Mr. Tolchin stated that I was a murderer of

3   innocents and a baby killer, and since I am representing --

4            THE COURT:   You personally?

5            MR. HIBEY:   Yes.   The Palestinian Authority and the

6   PLO.   -- that I was no different than my clients and, therefore

7   properly, described as a murderer of innocents and baby killers.

8            Secondly, in New York, in the Southern District of New

9   York, a case called Muhammad versus Rajoub, my colleagues and I

10   were moved pro hac vice into that case in the Southern District

11   before Judge Loretta Preska.   Our position, our entry into that

12   case was challenged.   I don't have an immediate recollection

13   whether it was flatly opposed, but certainly on the basis of what

14   I am about to tell you I think you can conclude that it was, by

15   Mr. Tolchin.   It was opposed on totally political grounds.

16            THE COURT:   What was Mr. Tolchin's position in that

17   case?

18            MR. HIBEY:   As plaintiff's counsel, a member of the

19   bar of the Southern District of New York.   Mr. Tolchin argued that

20   there was no proof basis that had been offered to have the Court

21   accept our representation that we were to act as counsel for the

22   defendants in that case, Palestinian Authority and the PLO.

23            His argument as I recall it, and it was both in

24   writing and orally -- orally on or about July 17, 2007 -- was that

25   he had no idea not only who counsel could be, but what the

1  Palestinian Authority and the PLO were, and the fact that the

2  Prime Minister Salaam Fayyad had authorized us to represent the

3  parties defended in court made no impression on him because we

4  were replacing others, and that the combination of the fact of our

5  replacement together with his flat refusal to recognize the

6  representations that were made that we were authorized, and in

7  complete ignorance of a reality that he knew and understood to be

8  the case, namely that we had entered our appearance in other

9  cases, including at that time at least one in the Southern

10 District of New York, he protested it.

11          The Judge then deliberated on it, required us to

12 adduce further support to refute Mr. Tolchin's position.

13          THE COURT:  Refute what?

14          MR. HIBEY:  To refute it.  To refute it.

15          THE COURT:  That you did not have authorization?

16          MR. HIBEY:  That's correct.

17          Ultimately, the President of the Palestinian Authority

18 signed a letter that was submitted to the Court and several months

19 later the Court granted the entry of our appearance.

20          Now, the argument that I referenced which I think took

21 place in or about July 17 --

22          THE COURT:  Of what year?

23          MR. HIBEY:  2007.  -- in which Mr. Tolchin orally

24 argued positions that he had taken in papers, two weeks later in a

25 case in the Southern District of New York called Knox , before

Judge Marrero, a case which Mr. Tolchin filed and to my knowledge
had been counsel from the inception of that litigation, two weeks
later we, the same lawyers in the case before Judge Preska,
entered our appearances pro hac vice in the Knox case with no
opposition whatsoever from Mr. Tolchin.

As far as we are concerned we are being jerked around.
And the jerking didn't stop, because as soon as our appearances
were entered finally in the case before Judge Preska we then filed
necessary papers to move the Court to dismiss that particular
case.

Mr. Tolchin did not engage on that but rather
requested that the case be moved to the District of Columbia,
which is where we are from.  That happened.

And so I have not counted the months, but there was
just complete foot dragging that went on in connection with that
case accompanied by the other facts which I have just pointed out
to you.

THE COURT:  So Muhammad was ultimately transferred
from New York to --

MR. HIBEY:  To the District of Columbia, that's
correct.

THE COURT:  And he didn't oppose the transfer to the
District of Columbia?

MR. HIBEY:  We did.

THE COURT:  You opposed the transfer to the District

of Columbia?

MR. HIBEY:  Yes.  We wanted the Court to rule on the motion to dismiss because the case had -- the case was meritless before her, and our argument was it was before her and there shouldn't be some scramble now to find another jurisdiction if he felt that he had to find jurisdiction somewhere other than the Court he was in that he could have filed his lawsuit accordingly. He didn't.  So he just moved the case.

THE COURT:  And where is it now?

MR. HIBEY:  It is now in the District of Columbia.

THE COURT:  And who is the Judge there?

MR. HIBEY:  Richard Leon.

THE COURT:  How do you spell that Judge's name?

MR. HIBEY:  L-e-o-n.

THE COURT:  Okay.

MR. HIBEY:  Now, I believe that those are facts that justify the position we have taken.

I have thought long and hard about identifying situations in which there has been reckless statements in briefs made by counsel where we have been accused repeatedly and consistently of bad faith.  That's why it has been so refreshing to be before this Court in this case and opposing counsel in the person of Mr. Josefsberg and his firm.  There hasn't been one adjective uttered accusing us of bad faith in what has been a spirited advocacy between the parties.  That's about to change.

1    And I don't want the record ever to reflect that I support that

2    trend as I am sure it is going to occur.

3                 And so as an officer of the court, in good conscience

4    I could not and would not enter my consent to this motion pro hac

5    vice.

6                 THE COURT:  Can you give me copies of the pleadings

7    that engage in the unprofessional adjectival --

8                 MR. HIBEY:  Yes, I can do that.

9                 THE COURT:  I would like to see that.

10                MR. HIBEY:  Sure.

11                THE COURT:  Because I won't accept those kinds of

12   papers.

13                MR. HIBEY:  Yes, Your Honor.

14                THE COURT:  I will strike them.

15                MR. HIBEY:  Well, these are in other cases, you

16   understand.

17                THE COURT:  I am laying the ground rules right now.

18   And although I cannot put Mr. Tolchin in jail, I can put one other

19   counsel here in jail for contempt of court.  But based upon his

20   friendly conversations with my law clerk, it sounds to me though

21   that he is an individual of good faith and gentle manners.

22                MR. JAROSLAWICZ:  Thank you, Judge.

23                THE COURT:  I presume that I'm not just getting the

24   buttered end and that he has been dealing with you --

25                MR. HIBEY:  Oh, I am happy to say, Your Honor, that in

the few contacts we have had with Mr. Jaroslawicz our exchanges
have been spirited, but well-within what I consider the bounds of
appropriate and vigorous advocacy.

I'm sorry I simply cannot say the same for
Mr. Tolchin.

THE COURT: Is he unredeemable?

MR. JAROSLAWICZ: If I may, Judge, this is the first
time I have heard about the initial comment that Mr. Hibey is
saying. But in terms of the challenge, Your Honor already has
attached as Exhibit 3 to our papers the excerpt from the D.C.
Court discussing.

And the point is, Mr. Tolchin as I understand it -- he
can speak for himself -- was not challenging Mr. Hibey personally
in any way. The Palestinian Authority and Palestine Liberation
Organization had managed to get out of certain cases where they
had been previously represented by counsel as I understand it by
later disclaiming that they were properly represented by counsel.
My understanding was Mr. Tolchin at that point -- and two years
ago that was a big relevant defense that they were using, which
changes over the years I am sure -- was challenging them to say
let's just make sure that whatever this Court decides we are not
going to have an issue later where the defendants later say,
"Well, we didn't really authorize counsel and they weren't really
our counsel," and that was the issue that was before the Court and
properly addressed by the Court as Mr. Hibey said.

They got the letter from the Prime Minister, the President, whoever it was, that said, yes, we will stick by whatever happens in this court with Mr. Hibey representing us. And that was it.

MR. HIBEY: Your Honor, we had a sworn affidavit from Prime Minister Fayyad in that case --

THE COURT: Can I ask you Mr. Hibey to take a deep breath and think Zen-like thoughts first?

MR. HIBEY: I can do that.

THE COURT: Okay.

We are all sinners.

The statement in the first 30 seconds -- and I have no reason to doubt that it is true. And I will ask Mr. Tolchin if he disputes it. Do you dispute that Mr. Hibey has accurately represented your first conversation with him?

MR. TOLCHIN: Judge, I have no recollection of ever saying anything like that, nor does it seem to me like something I would say. And I believe Mr. Hibey is confused.

And if we are to talk about bad faith, then I would like to tell Your Honor that earlier this week we had a meet and confer on the telephone, a conference call where we discussed discovery issues, and I asked Mr. Hibey directly as long as we were talking would he care to tell me the reasons he opposes my admission pro hac vice. And rather than discuss it in good faith he said, "No. I'm going to leave that for the hearing."

1      So here we are with a litany of statements which are

2  in the first instance a contrivance, and in other instances

3  exaggerations and twistings and inaccurate.   And here we are

4  responding to things for the first time which if they genuinely

5  are the reasons for Mr. Hibey's non consent he should have said it

6  in his papers so that I could fairly answer them.

7      THE COURT:   I want you to take a deep breath and think

8  Zen-like thoughts as well.

9      Mr. Hibey, has he accurately described your

10  conversation and that he did ask you to share with him what the

11  concerns were, and that you said no, you were going to save it for

12  the hearing?

13      MR. HIBEY:   No.

14      THE COURT:   Then you tell me what was the conversation

15  from your recollection as to the meet and greet over the phone.

16      MR. HIBEY:   (Pause.)

17      (Off-the-record discussion between Mr. Hibey and

18  Mr. O'Toole.)

19      THE COURT:   And tell me who all was on this meet and

20  greet.   Who all was on the phone?

21      MR. HIBEY:   At our end, at least in terms of the three

22  of us, meaning those of us here at counsel table.

23      THE COURT:   Mr. O'Toole and Mr. Woodfield?

24      MR. HIBEY:   Yes.

25      THE COURT:   All three defendants' counsels.

1    MR. HIBEY:  Yes.

2    Mr. Jaroslawicz, and Mr. Tolchin, and we had Mordechai

3    Haller.

4    MR. JAROSLAWICZ:  A lawyer from Israel.  And he is

5    personal counsel to Mr. Moshe Saperstein in Israel.

6    THE COURT:  Thank you.

7    So tell me what --

8    MR. HIBEY:  As I recall the conversation, it had to do

9    with the distinction between opposing and not consenting.  It was

10   briefly stated when he said, "Why are you opposing my entry?"  I

11   said to him -- at least this is my recollection -- that we weren't

12   consenting to it, something that I alluded to at the very

13   beginning of my comments to you.  I did not discuss specifics

14   beyond that.

15   THE COURT:  Do you agree with that, Mr. Jaroslawicz?

16   MR. JAROSLAWICZ:  Yes.  He was asked for specifics and

17   he did not discuss specifics.  He was asked why, and he said, "We

18   will leave it for the hearing."  Which is consistent with exactly

19   --

20   MR. HIBEY:  I won't dispute that, Your Honor.  My

21   recollection was more on the focus of my refusal to accept his

22   characterization that we were opposing before the Court.

23   THE COURT:  Okay.

24   Gentlemen, I won't ask your collective ages.  I don't

25   question any of your zeal for your client's positions.  But such

is not helpful to me. And I am going to be very selfish here.
Judge O'Sullivan and I took an oath to do our very best to try and
do justice consistent with the law. We need counsel to take out
the emotions to help your clients deal with their respective
emotions so that we can look at what the facts and the law are.

My chambers gets in 1,000 pieces of paper a day. My
people are here at 8 o'clock in the morning. We are here past 6
at night. We would like to leave by 6, but we can't. I was
preparing for this case until 12:30 in the morning. This is not
the only case I have.

I spend the mornings sentencing people to time in
jail, I have other people who have great interests that need to be
resolved. So Judge O'Sullivan and I really and truly depend upon
the lawyers as officers of the court to seek first to understand
rather than to be understood, and to give the other person the
benefit of the doubt. That's why when I am on the speaking
circuit I say don't file the motion for sanctions until you have a
record that it has been at least three times and you have clearly
tried to bend over backwards to make sure the person is not having
a bad hair day, that their family is not in dire straights
financially, health wise, they themselves are under stress with
other things dealing with other clients. We all know that human
beings have a lot involved.

It's not easy to be a lawyer because we deal with
people in crisis and conflict. But our job is to help them move

1   beyond the emotions and deal with the issues in as dispassionate a
2   manner as humanly possible.

3           That does not mean that your zeal has to be sucked out
4   of you, but I would like to see the zeal demonstrated in clean
5   clear writing that is succinct, that the cases are on point, the
6   things that you have been trained to do and that you have been
7   doing all of your professional career and what makes you great
8   lawyers. I need that. And if you won't give it to me out of
9   human kindness to help me do what is right, then I will be forced
10  to use the power that I have -- and Judge O'Sullivan is even
11  swifter than I, he is maybe even nicer than I -- to put an end to
12  it.

13          I mean, I can force the two of you to go and have
14  lunch together and talk about your children, your relatives; I can
15  have the two of you build a house, Habitat For Humanity.

16          I mean, let us remember that we are not Gods. We are
17  all interdependent. All we can do is the best we can do
18  consistent with honor and truth, and then there is a force much
19  greater than us that is a mystery to us all and it is that will
20  that will be done and not our will.

21          Now, having said that, since we spent this time and I
22  am not going to spend anymore time because I want Judge O'Sullivan
23  to be able to handle your discovery issues before his 1:30
24  hearing, and to also eat lunch -- I found you have to feed human
25  beings. Dead human beings don't help the justice system.  -- I

would like to share with you all that I will grant the motion pro hac.

I would ask Mr. Hibey --

Am I pronouncing it correctly?

MR. HIBEY:  Yes, Your Honor.  Thank you.

THE COURT:  -- to accept whatever you heard as inconsistent with what the future will hold.  I am going to ask Mr. Tolchin to use his very best efforts to always create harmony and professionalism.  I am going to ask both sides to remember if I see pleadings that engage in any kind of adjective, that doesn't help me.  I need the facts.  I will draw the adjectives based upon the facts.  Save your print.  Save the trees.  Keep it shorter.  And if I find that I am getting that kind of pleadings you know ahead of time it will be stricken and there will not be leave to refile.

Have I made myself perfectly clear of my expectations? I don't put out expectations that I don't think you all can achieve.  Mr. Hibey?

MR. HIBEY:  Of course, Your Honor.

THE COURT:  Okay.

And Mr. Tolchin?

MR. TOLCHIN:  Certainly, Judge.

THE COURT:  Okay.

Any admission for either Mr. Tolchin and Mr. Hibey -- I vote you all get names of Smith and Jones --

1    MR. TOLCHIN:  Or Jaroslawicz.

2    THE COURT:  My law clerk has been training me.  He is

3    dealing with an old dog who may not learn new linguistic.  He even

4    spelled it out so that I would break it out phonetically.

5    MR. JAROSLAWICZ:  Matthew got it on the second shot.

6    (Off-the-record discussion.)

7    THE COURT:  A heads-up.  I had hoped to get it out

8    before this morning's hearing.  I am denying the motion for

9    reconsideration as to the request for admissions.

10    Mr. Rosenthal is an incredible lawyer, and I am

11    grateful because he makes sure that I go through the proper

12    analysis.  But that order should be out by this afternoon.

13    I would need to know from the parties, since we now

14    have new counsel, this case was set for trial next January.  Are

15    we going to be able to keep with that schedule with the discovery

16    cutoff?  I would like for the parties to look at that to see

17    whether or not we can achieve it.

18    MR. JAROSLAWICZ:  If I may, Your Honor.

19    THE COURT:  Yes, Mr. Jaroslawicz.

20    MR. JAROSLAWICZ:  Some lawyers say, "Mr. J," if that

21    makes it easier.

22    THE COURT:  Mr. J?

23    MR. JAROSLAWICZ:  That is fine, if it works for you.

24    I believe the questions came up because of my coming

25    in as new counsel.  If I can quickly give Your Honor a quick

1  update on what we tried to do until now and why I think we should

2  be able to make this schedule or very reasonably close to it.

3        In the middle of this week I was finally delivered all

4  the boxes from previous counsel.  I'm taking the Sabbath, but

5  starting Saturday night I will be up all night plowing through

6  boxes to get through the material.

7        The reason we asked for the extension simply on the

8  discovery responses is because I have no basis on which from an

9  educational point of view and knowing the case to do proper

10 objections, and certainly --

11       THE COURT:  This is Judge O'Sullivan's --

12       MR. JAROSLAWICZ:  You are both sitting up there

13 together.  But I am only talking about --

14       THE COURT:  I am deferring and I am giving him the

15 microphone.

16       MR. JAROSLAWICZ:  Okay.  We all agreed on this.  We

17 have already had our meet and confer and we managed I think to

18 work it all out in terms ever scheduling.  So we asked for

19 additional time, we worked out the terms of it when we give our

20 productions, the objections will be earlier.  All of that worked

21 out.

22       The only issue that came up during the meet and confer

23 which I want to bring to the Court's attention, both Judges, both

24 from the discovery perspective and from the perspective of timing,

25 is the issue that had come up was defense raised an interesting

question:   That in terms of production of documents coming from far away, and that therefore they wanted a standard 75 days to respond to document requests, looking at Your Honor's schedule and the July discovery cutoff date I had some questions about that.

I am still not through all the boxes and know all the witnesses and documents we will need, but we did work out at least where the responses in terms of objections would be within the 30 days, because there is no reason we have to wait 75 days to decide if we are going to argue over this, but that the physical production we could -- at that point we agreed that we think we can see doing that.   That is the only thing that I think may hold up the schedule.

Of course issues over what it will take to get depositions done if we have a battle every time we notice a witness, it is up to the Court's schedule to address those and deal with those and rule on those, and if they need to be briefed that may take 30-60 days.

I am trying my best to meet the July discovery cutoff. But I think those are the primary issues that may hold off that I see at this point.   Otherwise I think we are still good to go.

MR. O'TOOLE:   Your Honor, I largely agree with what Mr. J has represented to the Court in terms of time frames.

I would put on the Court's radar screen that given that it appears that the plaintiff's new counsel  -- And properly so.   We are not saying there is anything wrong with this.   -- but

had come in and started to essentially do discovery afresh in many ways, that the January trial date may be a little ambitious because as we mentioned on the phone when discovery requests come at least to our end it is a very complicated process in terms of documents. The documents are generally coming from overseas, the clients that we have are not sophisticated as to American litigation, and so responding to document requests generally takes some time because it usually requires substantial input from the American lawyers to actually walk the clients through how discovery requests work. It is a time-consuming process.

Even if we had really started discovery in December and proceeded through as we were with prior counsel all the way through, I think the January trial date was going to be ambitious. I think now that essentially it appears that discovery requests are coming in anew in March with this sort of turnaround -- And we did discuss it very collegially on the phone with opposing counsel as to the fact that as a practical matter a 30 -day turnaround at least from our end was not going to really be accomplishable as a practical matter, and from their end as well it appears that they are having at least difficulties or at least they needed more time.

And so I think that while I am generally in agreement with Mr. Jaroslawicz that we certainly both sides will want to work hard towards the January trial date, I think given the logistics involved in the discovery process plus given the fact

that we are essentially now getting started on this discovery in
March, I think that it is going to be ambitious.

One point I did want to address about whether we are
going to have objections to each particular deposition, I don't
think that is quite a fair way to phrase it. We had, and I assume
we'll try to get to it before lunch, we have a very legitimate we
believe objection to one deposition that came during the time
period that counsel was getting ready for the case.

The witness who has been deposed didn't work for the
Palestinian Authority or the PLO, did not work for the defendants
until 2005. And so we are having hard time understanding why that
witness ought to be producible by our client to talk about an
incident that took place in 2002. And we have we believe strong
arguments as to why he doesn't fall within the type of officer,
director, or managing agent, that could fairly be deposed through
the corporation. Obviously he could be deposed through a third
party subpoena like any other witness could.

But in terms of whether or not we are required to
produce him to be a spokesperson for the PA or PLO, which is the
only way they can notice us with the deposition, that is our point
on this one. And we can promise the Court that we are not going
to be bringing -- just as a matter of course trying to bring every
discovery dispute to the Court, because we don't want that and I
am certain the Court doesn't want that.

MR. JAROSLAWICZ: I agree with everything he said.

1    Besides, again, in terms of delay that I had asked for
2    was just an initial -- it was not an ongoing thing.  I can't
3    imagine what documents they want from us that will take us any
4    length of time to get.  It is just a matter of my being able to go
5    through the boxes that I received and sort them out in terms of
6    finding relevant documents.  And I am applying myself as best as
7    possible.
8    Also just not to leave any inference, I said I
9    received the boxes from Podhurst two days ago.  I had only asked
10   for them about four days ago.  So it is not a matter of their
11   delay in any way.  In fact they were quite expeditious in getting
12   me the material and now I just have to spend the next few days
13   living it and finishing it, and that should really be it.
14   MAGISTRATE JUDGE O'SULLIVAN:  Just so I understand,
15   are you asking to move the trial date, or are you asking for the
16   Court to consider that later, or what do you want?
17   MR. O'TOOLE:  From our perspective we think the Court
18   should consider that later.  But I didn't want to leave today
19   without putting on the Court's radar screen that I think that the
20   January trial date is very ambitious, and depending upon how
21   discovery goes I think it is likely that we will be back later to
22   move -- some side will be back later to move to continue it.
23   THE COURT:  One of the reasons why the cutoff was in
24   July is because the plaintiff anticipated filing motions for
25   summary judgment.  If the plaintiff doesn't file motions for

1    summary judgment you can do discovery up until you have to file
2    your pretrial stip.  And the pretrial stip is due --
3             MR. JAROSLAWICZ:  The 24th is the conference --
4             THE COURT:   -- November 10, 2009.
5             MR. JAROSLAWICZ:  I am in no position to address
6    summary judgment yet, but I will be shortly.
7             THE COURT:  Maybe Mr. Josefsberg and Miss Ezell can
8    share with you --
9             That order reflects the parties' deliberations.  The
10   defendant understands I am not going to consider a motion for
11   summary judgment from them.  So the only reason why there was a
12   summary judgment date is that the plaintiffs thought they might be
13   entitled to summary judgment.
14            MR. JAROSLAWICZ:  I am sure I will move into their
15   office next week for a few days to discuss it.  But first I wanted
16   to review the documents so that I could be somewhat educated.
17            But along the points that Mr. O'Toole mentioned
18   in terms of discovery, there will be a question, just to advise
19   the Court -- Maybe I just need procedure actually from the both of
20   you who to bring it to, we are going to probably need letters
21   rogatory, there will probably be more pro forma requests that we
22   will need under the Hague Convention for orders or things to sign.
23   I just want to know who to bring it to.  I know I brought my first
24   motion to the wrong place --
25            THE COURT:  To make it more cost efficient to the

| | |
|---|---|
| 1 | parties, I refer all discovery to Judge O'Sullivan. He has the |
| 2 | procedure that if there is a dispute that the lawyers in good |
| 3 | faith have not been able to resolve they call on Friday and he |
| 4 | gets them in the next week, it is usually on Thursday -- |
| 5 | MAGISTRATE JUDGE O'SULLIVAN: Actually it is almost |
| 6 | any day of the week whenever we have time. Usually on Tuesdays, |
| 7 | Thursdays or Fridays. |
| 8 | MR. JAROSLAWICZ: You have been very accommodating. |
| 9 | Thank you. |
| 10 | My only question is, I don't anticipate discovery |
| 11 | disputes. If I just need the letters rogatory signed off, it's |
| 12 | not a matter of a dispute to object to me getting it issued. I |
| 13 | just need to know where to send the papers to for the signature. |
| 14 | MAGISTRATE JUDGE O'SULLIVAN: Right. Can a Magistrate |
| 15 | Judge sign a letter rogatory? |
| 16 | MR. JAROSLAWICZ: That was my next question. The |
| 17 | question is are we then going to get a challenge on the |
| 18 | international front when they are delivered saying this is only a |
| 19 | Magistrate Judge. I don't know the answer to that. |
| 20 | THE COURT: Send them up to me and I will sign them. |
| 21 | MR. JAROSLAWICZ: Thank you very much. |
| 22 | THE COURT: Make sure that Matt has them and I will |
| 23 | sign them. |
| 24 | If you all can bulk them together for your letters |
| 25 | rogatory, because I am sure that both of you will have them, but |

1  if you can bring them together --

2        Just remember that I sign between 40 and 60 orders a

3  day plus there are all sorts of other things that come through.

4  It is helpful to me that if you have proofread them, because if

5  you don't they have to go back and come back to me again.

6        But when I am not in trial I have a more-flexible day

7  like I do today.  When Judge O'Sullivan is not the duty judge he

8  has a more-flexible week.  He is a duty Judge --

9        MAGISTRATE JUDGE O'SULLIVAN:  Every 10 weeks.

10       THE COURT:  So you need to realize, we are one human

11 being, there are 24 hours in the day.  I can't speak for Judge

12 O'Sullivan, I am sure he does the same, but when I leave here I go

13 home with my book bag and once I eat and tell my husband I love

14 him --

15       MAGISTRATE JUDGE O'SULLIVAN:  I go home with my

16 computer.

17       THE COURT:  -- and then I get on my computer as well.

18       MAGISTRATE JUDGE O'SULLIVAN:  On the letters rogatory

19 if there is a dispute, in other words if the parties are not in

20 agreement, then it is more of a discovery issue:  Is this stuff

21 relevant, should you be permitted to obtain it, then it should

22 come to me.  If it is just an agreed letter of rogatory that needs

23 to be signed by the Court, then it sounds like the best way to go

24 is just to direct it to Judge Seitz.

25       MR. JAROSLAWICZ:  Thank you.

1    MAGISTRATE JUDGE O'SULLIVAN:   All right?

2           Do you have any other issues for them or should --

3           MR. O'TOOLE:   Your Honor, the November timeframe that

4    you proposed sounds very realistic to us.  I don't know how the

5    other side works it out in terms of a summary judgment motion.

6           THE COURT:   He can decide whether or not he doesn't --

7    If he is not intending to file a motion for summary judgment and

8    you all agree on the November date for discovery, then that is

9    fine with me.  If I don't get a motion for summary judgment on

10   that date then I am not considering a motion for summary judgment

11   after that.  So I don't have to enter a new order unless you all

12   decide he is going to file a motion for summary judgment.  Then

13   there needs -- and it won't be on July whatever date because you

14   haven't finished discovery -- then we need to talk because I need

15   the time to get the motion fully briefed.  I can't tell you how

16   often the lawyers say, "Oh, yes, I can meet this deadline," and

17   then I get the, "I need just a week extension of time."

18          MR. O'TOOLE:   And that's what I am trying to guard

19   against right now is just making sure that we are clear that when

20   you asked about whether or not the January trial date is on, I

21   don't anticipate filing a continuance motion in the next week

22   because we are going to try to make that date.  But I don't want

23   to leave this courtroom having represented to the Court that

24   January trial date looks good because I can see obstacles in the

25   way, and particularly if there is going to be letters rogatory,

because my experience with letters rogatory is that they do take quite awhile to actually go through the international law process, which I don't fully understand, but it does build in some additional time delays into --

THE COURT: Well, sometimes it helps if you have a person on the ground who will shepherd things through on the other side rather than just waiting for the process. But I don't need to tell you that. You have been around long enough, and I am sure both sides have somebody over there that can shepherd things through.

If there is nothing more, I thought there were two other things. There was a motion to stay. I am not going to grant the motion to stay. I am just going to let it be briefed of the motion. I don't think we need to stay anything. They are going to file their response to the motion.

Perhaps we can even take some of it into consideration now and dispense with the whole thing.

The reason why I severed the cases is because the Court of Appeals sent it back and I wanted to make sure that the Amergis got up to the Court of Appeals. If I am wrong, they will send it back down. If I am wrong in severing it, take that issue up as well and they will tell me that I have to put it back.

I need to know a couple of facts that would be helpful to me. Is there a cause of action in Israel for wrongful death?

(No response.)

1    Does anyone know?

2    MR. JAROSLAWICZ:  I will have to get back to you on

3 that, Judge.

4    THE COURT:  If there is, did the Amergis take such

5 action in the Israeli courts?  And if not, why not.

6    If there is a cause of action for wrongful death in

7 Israel, what are the remedies, what is the statute of limitations?

8    MR. O'TOOLE:  Your Honor, could we throw one more

9 thing into the mix?  And we will file our response when it is due.

10 But one thing that I just didn't want to throw out --

11    THE COURT:  Good.  No extensions of time.  This needs

12 to be teed up.  And I am actually appreciative because until this

13 was brought to my attention I didn't realize that it had not been

14 severed by the Clerk of the court, and if you hadn't brought it to

15 my attention --

16    This poor case has been so plagued by procedural

17 snafus.  And as I told you all the last big hearing the first time

18 that you all were in front of me -- or maybe it was Mr. Rosenthal

19 -- It was before they came in.  I don't remember who it was.  -- I

20 accept responsibilities for my contributions for the snafu.  And

21 this is another example.  I was changing law clerks and that

22 happens and we didn't see that the formal judgment wasn't entered,

23 because the whole idea was to get the Amergis up and back if I was

24 wrong in time that we could do this all at once.

25    MR. O'TOOLE:  Well, one thing I did want to --

MR. TOLCHIN:  Judge, if I can be heard for one moment on this point?

THE COURT:  Let Mr. O'Toole finish because he was speaking first and then I will be happy to hear from you.

MR. O'TOOLE:  Thank you, Your Honor.

The one thing I wanted to add to the mix is that one of the reasons that I believe the Court granted the severance was for the appellate purpose.  But the other reason, and as the Court will recall in the hearing a year ago, there was this question about whether or not the Amergis were traveling on the third complaint and Mr. Saperstein wanted to travel on the second complaint because he had a default as to the Second Amended Complaint.  And one of the things that Mr. Saperstein argued repeatedly during the hearing, at least at page 15 of the hearing back in March, was that Mr. Saperstein asked the Court to sever the two cases because that would allow the Amergis to travel on the Third Amended Complaint while Mr. Saperstein traveled on the Second Amended Complaint and thereby he could keep the default on the Second Amended Complaint, and then the Amergis can be on the Third Amended Complaint and the two cases would be separate and they could keep the default.

So now after having asked the Court expressly a number of times during the hearing to sever the two cases after the Court's 2006 order, now the motion for reconsideration is currently before the Court -- and, again, we'll brief it more

1   fully -- but this motion essentially tells the Court that it

2   should reconsider and order that did exactly what the plaintiffs

3   asked the Court to do.

4           THE COURT:   And you can put all of that in your

5   papers.

6           MR. O'TOOLE:   We will.

7           THE COURT:   Yes, Mr. Tolchin.

8           MR. TOLCHIN:   Judge, I don't think anyone disagrees

9   with the effect that was tried to be accomplished; in other words

10  to allow the Amergis to have their appeal.   It is just the

11  mechanism.   And we are afraid that by reason of the mechanism that

12  was followed severing it out and giving it a new docket number

13  that that may have a merits impact on the Amergis claim.   All we

14  are proposing is that instead of following that mechanism -- which

15  anyway has not been implemented yet -- instead of assigning it a

16  new index number simply pursuant to Rule 54(b) and allow the

17  Amergis to enter a final judgment on their case and appeal while

18  the rest of the Saperstein case goes forward.   We are not looking

19  to change the effect, just the road that is taken to get to the

20  same result.

21          THE COURT:   Let me look at all of that on the papers

22  and let me give you all a heads-up of where I am thinking so that

23  you can all take this into consideration particularly in the

24  reply:

25          I dismissed the wrongful death claim because I no

1   longer had jurisdiction.  I also in looking at some of the factors
2   -- and I realize I haven't fully addressed these -- I would also
3   exercise my discretion to say that this is not -- to not keep the
4   case because I believe that when I look at the four factors for
5   exercising discretion it is a close case.  But given the fact that
6   the only nexus with Florida was the fact that counsel for the
7   plaintiff was located here, that looking at the judicial economies
8   and what I would have to do as I go forward with two separate
9   damage claims, impaneling two separate juries for those damage
10  cases, and looking at all of the other factors, I believe that
11  this is not the forum in which such an action should be brought,
12  particularly if the Amergis had no wrongful death right in their
13  own home country; or if they did, they did not choose to pursue it
14  there.
15          MS. EZELL:  Your Honor, in terms of the Amergi
16  plaintiffs that we still technically represent, I have been told
17  they have obtained counsel in the last week.  I don't know who it
18  is.  We have not yet been contacted by them.  But I would simply
19  ask that in terms of the time for the appeal, rather than having
20  it be 30 days from the date of this hearing or of an order, that
21  it be 30 days from the date their new counsel enters an
22  appearance?
23          THE COURT:  You mean appeal from --
24          I am not going to rule on the motion for
25  reconsideration until it is fully briefed.

1         When is the response due?

2         MR. O'TOOLE:  I believe it is March 30, Your Honor.

3         THE COURT:  Okay.  If you can get it in earlier, God

4 bless you.

5         But I wanted to share with you some of the thoughts

6 that I had so that each side had an opportunity to address it.

7         My thoughts may be all wet and you can tell me that

8 they are and dry them off.

9         MR. JAROSLAWICZ:  I appreciate it.  And all I would

10 ask if at all possible is also before the Court now is our motion

11 for a stay on the execution of your previous order; not that I

12 think the clerk is going to wake up this week since September and

13 suddenly sever and stamp.  But certainly we don't want Matthew

14 calling the clerk, or maybe some directive from the Court to the

15 clerk to just hold on until we deal with the motion for

16 reconsideration.

17         THE COURT:  But he can't do anything now that the

18 motion for reconsideration is filed.  So you are protected.  That

19 is why I wasn't going to formally enter a stay.  But we will make

20 sure nothing happens.

21         MR. JAROSLAWICZ:  I thought so.  But until I hear it

22 from you, Judge --

23         THE COURT:  Because I will tell you, I have looked at

24 the case law as far as the supplemental jurisdiction.  I can see

25 what the plaintiffs are saying.

1          I also saw what the Court of Appeals did.  I thought I

2     was pretty clear what I was doing.  But --

3          MR. JAROSLAWICZ:  We'll fix it.

4          THE COURT:  My objective is to respect everyone's

5     rights but try and be as cost efficient as humanly possible.

6          Anything else?

7          MAGISTRATE JUDGE O'SULLIVAN:  Besides the discovery

8     issue?

9          How long will the discovery issue take?  Whose issue

10    is it?

11         MR. HIBEY:  It is a deposition --

12         MR. JAROSLAWICZ:  The issue on Mr. --

13         MR. HIBEY:  10 or 15 minutes.

14         MAGISTRATE JUDGE O'SULLIVAN:  Then let's do it now.

15         (Court recessed at 12:15 a.m.)

16                         <u>CERTIFICATION</u>

17

18    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

19    RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

20

21

22    March 17, 2009              S/DAVID S. EHRLICH
                                  Official Court Reporter
23

24

25

# 38

## 0

**04-20225** - 3:2
**04-20225-cv-pas** - 1:3

## 1

**1** - 1:6, 2:7
**1,000** - 18:6
**10** - 27:4, 29:9, 37:13
**11-4** - 1:24
**111** - 1:20
**11201** - 1:20
**1177** - 1:14
**11:10** - 3:1
**12:15** - 37:15
**12:30** - 18:9
**13** - 1:4
**15** - 4:21, 33:14, 37:13
**15th** - 2:5
**17** - 9:24, 10:21
**1928** - 1:19
**1:30** - 19:23

## 2

**20005-6701** - 2:5
**2002** - 25:13
**2005** - 25:11
**2006** - 33:24
**2007** - 9:24, 10:23
**2009** - 1:4, 27:4
**222** - 1:14
**24** - 29:11
**24th** - 27:3
**25** - 1:17

## 3

**3** - 14:10
**30** - 9:1, 15:12, 23:7, 24:17, 35:20, 35:21, 36:2
**30-60** - 23:17
**305** - 1:25
**33128-1810** - 1:24
**33130-1780** - 1:17
**33154** - 1:14
**33401-4309** - 2:8

## 4

**40** - 29:2
**400** - 1:24, 2:7

## 5

**523-5537** - 1:25
**54(b** - 34:16

## 6

**6** - 18:7, 18:8
**60** - 29:2
**655** - 2:5

## 7

**75** - 23:2, 23:8

## 8

**8** - 18:7
**800** - 1:17

## 9

**900** - 2:5

## A

**ability** - 7:14
**able** - 19:23, 21:15, 22:2, 26:4, 28:3
**accept** - 9:21, 13:11, 17:21, 20:6, 32:20
**accommodating** - 28:8
**accompanied** - 11:16
**accomplishable** - 24:18
**accomplished** - 34:9
**accordingly** - 12:7
**accurately** - 15:14, 16:9
**accused** - 12:20
**accusing** - 12:24
**achieve** - 6:6, 20:18, 21:17
**act** - 9:21
**action** - 31:24, 32:5, 32:6, 35:11
**add** - 33:6
**additional** - 22:19, 31:4
**address** - 23:15, 25:3, 27:5, 36:6
**addressed** - 14:25, 35:2
**adduce** - 10:12
**adjectival** - 13:7
**adjective** - 12:24, 20:10
**adjectives** - 20:11
**admission** - 5:20, 15:24, 20:24
**admissions** - 21:9
**advise** - 27:18
**advocacy** - 12:25, 14:3
**advocate** - 6:1, 6:4
**affidavit** - 15:5
**afraid** - 34:11
**afresh** - 24:1
**afternoon** - 17:24
**agent** - 25:15
**ages** - 17:24
**ago** - 14:19, 26:9, 26:10, 33:9
**agree** - 17:15, 23:21, 25:25, 30:8
**agreed** - 22:16, 23:10, 29:22
**agreement** - 24:22, 29:20
**ahead** - 4:22, 20:14
**A1-** 1:3, 1:6
**al-** 1:16, 3:3
**allow** - 33:16, 34:10, 34:16
**alluded** - 17:12
**almost** - 28:5
**ambitious** - 24:2, 24:13, 25:2, 26:20
**Amended** - 33:12, 33:17, 33:18, 33:19, 33:20
**Amergi-** 3:9, 3:10, 3:13, 4:23, 35:15
**Amergis** - 31:20, 32:4, 32:23, 33:10, 34:10, 34:13, 34:17, 35:12

## American - 24:6, 24:9

**analysis** - 21:12
**anew** - 24:15
**Angell-** 2:7
**answer** - 16:6, 28:19
**anticipate** - 28:10, 30:21
**anticipated** - 26:24
**anyway** - 34:15
**apologize** - 7:24
**apologizes** - 3:18
**appeal** - 34:10, 34:17, 35:19, 35:23
**Appeals** - 31:19, 31:20, 37:1
**appearance** - 10:8, 10:19, 35:22
**Appearances** - 1:11, 2:1
**appearances** - 3:4, 11:4, 11:7
**Appearing** - 1:19
**appellate** - 33:8
**application** - 5:10
**applying** - 4:5, 26:6
**Appointed** - 5:1
**appointed** - 5:4, 5:5
**appreciate** - 8:11, 36:9
**appreciative** - 32:12
**appropriate** - 14:3
**argue** - 23:9
**argued** - 9:19, 10:24, 33:13
**argument** - 9:23, 10:20, 12:4
**arguments** - 25:14
**Ariel-** 3:8
**arrived** - 4:21
**assigning** - 34:15
**association** - 5:21
**assume** - 25:5
**attached** - 14:10
**attempted** - 6:16
**attention** - 22:23, 32:13, 32:15
**author** - 5:23
**Authority-** 1:6, 3:3, 3:22, 9:5, 9:22, 10:1, 10:17, 14:14, 14:16, 11:10, 11:12, 11:16, 12:3, 12:8, 12:22, 15:6, 18:9, 18:10, 21:14, 22:9, 25:8, 32:16, 34:17, 34:18, 35:4, 35:5, 36:24
**cases** - 10:9, 13:15, 14:15, 19:5, 31:18, 33:16, 33:20, 33:23, 35:10
**cell** - 6:21, 6:23
**certain** - 14:15, 25:24
**certainly** - 9:13, 22:10, 24:23, 36:13
**Certainly** - 20:22
**challenge** - 14:9, 28:17
**challenged** - 3:19, 7:23, 9:12
**challenging** - 14:13, 14:20
**chambers** - 18:6
**change** - 2:25, 34:19
**changes** - 14:20
**changing** - 32:21
**characterization** -

## C

**camera** - 4:9, 7:5
**cannot** - 13:18, 14:4
**care** - 4:11, 15:23
**career** - 19:7
**carrot** - 6:10
**Case-** 1:3, 3:2
**case** - 5:3, 8:19, 9:9, 9:10, 9:12, 9:17, 9:22, 10:8, 10:25, 11:1, 11:3, 11:4, 11:8, 11:10, 11:12, 11:16, 12:3, 12:8, 12:22, 15:6, 18:9, 18:10, 21:14, 22:9, 25:8, 32:16, 34:17, 34:18, 35:4, 35:5, 36:24

## (further columns)

**authorization** - 10:15
**authorize** - 14:23
**authorized** - 10:2, 10:6
**availing** - 8:17
**Avi-** 3:6, 5:4
**aware** - 6:7
**awhile** - 31:2

## B

**baby** - 9:3, 9:7
**backwards** - 9:7
**bad** - 12:21, 12:24, 15:19, 18:20
**bag** - 29:13
**bar** - 5:21, 9:19, 20:11
**based** - 13:19, 20:11
**basic** - 6:7
**basis** - 14:9, 9:13, 9:20, 22:8
**battle** - 23:14
**Bay-** 1:14
**Beach** - 2:8
**beamed** - 4:5
**beams** - 7:13

## (col 4)

**beginning** - 17:13
**beings** - 18:23, 19:25
**bend** - 18:19
**benefit** - 18:16
**Berkman** - 1:19
**best** - 18:2, 19:17, 20:8, 23:18, 26:6, 29:23
**better** - 4:20, 7:18
**between** - 6:1, 8:5, 8:8, 12:25, 16:17, 17:9, 29:2
**beyond** - 17:14, 19:1
**big** - 14:19, 32:17
**bless** - 36:4
**Bob** - 3:17, 4:4
**book** - 29:13
**bounds** - 14:2
**boxes** - 22:4, 22:6, 23:5, 26:5, 26:9
**break** - 2:4
**breath** - 15:8, 16:7
**brief** - 23:16
**briefed** - 23:16, 30:15, 31:13, 35:25
**briefly** - 17:10
**briefs** - 12:19
**bring** - 22:23, 25:22, 27:20, 27:23, 29:1
**bringing** - 25:22
**Brooklyn** - 1:20
**brought** - 27:23, 32:13, 32:14, 35:11
**build** - 19:15, 31:3
**bulk** - 28:24
**buttered** - 13:24

17:22
**Chartered** - 2:4
**Chevalier-** 2:4
**children** - 3:14, 3:15, 19:14
**choose** - 35:13
**chose** - 8:3
**circuit** - 18:17
**civil** - 3:2
**claim** - 34:13, 34:25
**claims** - 35:9
**clean** - 19:4
**clear** - 19:5, 20:16, 30:19, 37:2
**clearly** - 18:18
**Clematis** - 2:7
**Clerk** - 32:14
**clerk** - 13:20, 21:2, 36:12, 36:14, 36:15
**clerks** - 32:21
**client** - 6:1, 6:5, 6:6, 25:12
**client's** - 17:25
**clients** - 9:6, 18:4, 18:22, 24:6, 24:9
**close** - 22:2, 35:5
**cocounsel** - 4:5
**colleagues** - 9:9
**collective** - 17:24
**collegiality** - 8:15
**collegially** - 24:16
**Columbia** - 11:12, 11:20, 11:23, 12:1, 12:10
**combination** - 10:4
**coming** - 8:1, 21:24, 23:1, 24:5, 24:15
**commend** - 6:17
**comment** - 14:8
**comments** - 17:13
**complaint** - 33:11, 33:12
**Complaint-** 33:13, 33:17, 33:18, 33:19, 33:20
**complete** - 10:7, 11:15
**complicated** - 24:4
**computer** - 29:16, 29:17
**concepts** - 8:8
**concerned** - 11:6
**concerns** - 16:11
**conclude** - 9:14
**Concourse** - 1:14
**confer** - 15:21, 22:17, 22:22
**Conference-** 1:19
**conference** - 15:21, 27:3
**conflict** - 6:1, 18:25
**confused** - 15:18
**connection** - 11:15
**conscience** - 13:3
**consent** - 8:3, 8:6, 8:18, 13:4, 16:5
**consenting** - 17:9, 17:12
**consider** - 14:2, 26:16, 26:18, 27:10
**considerably** - 7:16
**consideration** - 31:16, 34:23
**considering** - 30:10
**consistent** - 17:18, 18:3, 19:18
**consistently** - 12:21
**consuming** - 24:10
**contacted** - 35:18
**contacts** - 14:1

---

DAVID S. EHRLICH - OFFICIAL COURT REPORTER

contempt - 13: 19
continuance - 30: 21
continue - 26: 22
Continued - 2: 1
continues - 6: 17
contributions - 32: 20
contrivance - 16: 2
Convention - 27: 22
conversation - 8: 25, 15: 15, 16: 10, 16: 14, 17: 8
conversations - 13: 20
copies - 13: 6
corporation - 25: 16
correct - 10: 16, 11: 21
correctly - 20: 4
corrupting - 6: 5
cost - 27: 25, 37: 5
Counsel- 3: 4
counsel - 5: 4, 5: 17, 5: 23, 6: 15, 7: 24, 8: 4, 8: 14, 8: 16, 9: 18, 9: 21, 9: 25, 11: 2, 12: 20, 12: 22, 13: 19, 14: 16, 14: 17, 14: 23, 14: 24, 16: 22, 17: 5, 18: 3, 21: 14, 21: 25, 22: 4, 23: 24, 24: 12, 24: 16, 25: 8, 35: 6, 35: 17, 35: 21
counsel's - 5: 18
counsels - 16: 25
counted - 11: 14
country - 35: 13
couple - 3: 14, 31: 23
course - 20: 19, 23: 13, 25: 22
court - 5: 25, 6: 2, 8: 17, 10: 3, 13: 3, 13: 19, 15: 3, 18: 14, 32: 14
Court- 1: 1, 1: 22, 3: 1, 3: 11, 3: 15, 3: 19, 3: 24, 4: 7, 4: 9, 4: 18, 5: 1, 5: 5, 5: 8, 5: 9, 5: 13, 5: 18, 6: 19, 6: 22, 6: 23, 6: 25, 7: 1, 7: 4, 7: 9, 7: 17, 7: 19, 7: 23, 8: 11, 8: 20, 8: 22, 9: 4, 9: 16, 9: 20, 10: 13, 10: 15, 10: 18, 10: 19, 10: 22, 11: 9, 11: 18, 11: 22, 11: 25, 12: 2, 12: 7, 12: 9, 12: 11, 12: 13, 12: 15, 12: 22, 13: 6, 13: 9, 13: 11, 13: 14, 13: 17, 13: 23, 14: 6, 14: 11, 14: 21, 14: 24, 14: 25, 15: 7, 15: 10, 16: 7, 16: 14, 16: 19, 16: 23, 16: 25, 17: 6, 17: 15, 17: 22, 17: 23, 20: 6, 20: 20, 20: 23, 21: 2, 21: 7, 21: 19, 21: 22, 22: 11, 22: 14, 23: 22, 25: 21, 25: 23, 25: 24, 26: 16, 26: 17, 26: 23, 27: 4, 27: 7, 27: 19, 27: 25, 28: 20, 28: 22, 29: 10, 29: 17, 29: 23, 30: 6, 30: 23, 31: 5, 31: 19, 31: 20, 32: 4, 32: 11, 33: 3, 33: 7, 33: 8, 33: 15, 33: 22, 33: 25, 34: 1, 34: 3, 34: 4, 34: 7,

34: 21, 35: 23, 36: 3, 36: 10, 36: 14, 36: 17, 36: 23, 37: 1, 37: 4, 37: 15
Court's - 22: 23, 23: 15, 23: 23, 26: 19, 33: 24
Courthouse - 1: 23
courtroom - 6: 21, 7: 15, 30: 23
courts - 32: 5
create - 20: 8
crisis - 18: 25
cut - 5: 13
cutoff - 21: 16, 23: 4, 23: 18, 26: 23

## D

Dafna - 3: 7
damage - 35: 9
Dan - 3: 7
date - 23: 4, 24: 2, 24: 13, 24: 24, 26: 15, 26: 20, 27: 12, 30: 8, 30: 10, 30: 13, 30: 20, 30: 22, 30: 24, 35: 20, 35: 21
David - 1: 22
Davidovic - 3: 7, 3: 8
days - 23: 2, 23: 8, 23: 17, 26: 9, 26: 10, 26: 12, 27: 15, 35: 20, 35: 23
Dc - 2: 5, 14: 10
Dead - 19: 25
deadline - 30: 16
deal - 4: 19, 5: 8, 18: 4, 18: 24, 19: 1, 23: 16, 36: 15
dealing - 13: 24, 18: 22, 21: 3
death - 31: 24, 32: 6, 34: 25, 35: 12
December - 24: 11
decide - 23: 8, 30: 6, 30: 12
decides - 14: 21
deep - 15: 7, 16: 7
default - 33: 12, 33: 18, 33: 21
defendant - 27: 10
defendants - 8: 3, 9: 22, 14: 22, 25: 10
Defendants - 2: 2
defendants' - 16: 25
defended - 10: 3
defense - 14: 19, 22: 25
deferring - 22: 14
delay - 26: 1, 26: 11
delays - 31: 4
deliberated - 10: 11
deliberations - 27: 9
delight - 6: 13
Delivered - 22: 3, 28: 18
demonstrated - 19: 4
denying - 21: 8
deposed - 25: 9, 25: 15, 25: 16
deposition - 25: 4, 25: 7, 25: 20, 37: 11
depositions - 23: 14
described - 9: 7, 16: 9
different - 9: 6
difficulties - 24: 20
dire - 18: 20

direct - 29: 24
directive - 36: 14
directly - 15: 22
director - 25: 15
disagrees - 34: 8
disciplinary - 5: 21
disclaiming - 14: 17
discovery - 4: 11, 15: 22, 19: 23, 21: 15, 22: 8, 22: 24, 23: 4, 23: 18, 24: 1, 24: 3, 24: 10, 24: 11, 24: 14, 24: 25, 25: 1, 25: 23, 26: 21, 27: 1, 27: 18, 28: 1, 28: 10, 29: 20, 30: 8, 30: 14, 37: 7, 37: 9
discretion - 35: 3, 35: 5
discuss - 15: 24, 17: 13, 17: 17, 24: 16, 27: 15
discussed - 15: 21
discussing - 14: 11
discussion - 16: 17, 21: 6
dismiss - 11: 9, 12: 3
dismissed - 34: 25
dispassionate - 19: 1
dispense - 31: 17
dispute - 4: 12, 15: 14, 17: 20, 25: 23, 28: 2, 28: 12, 29: 19
disputes - 15: 14, 28: 11
distinction - 8: 5, 17: 9
distinctions - 8: 10
District - 1: 1, 1: 2, 1: 9, 4: 6, 9: 8, 9: 10, 9: 19, 10: 10, 10: 25, 11: 12, 11: 20, 11: 25, 12: 10
docket - 34: 12
document - 23: 3, 24: 7
documents - 23: 1, 23: 6, 24: 5, 26: 3, 26: 6, 27: 16
Dodge - 2: 7
dog - 21: 3
donate - 6: 22
done - 19: 20, 23: 14
double - 4: 17
doubt - 15: 13, 18: 16
down - 7: 6, 31: 21
dragging - 11: 15
draw - 20: 11
drawn - 8: 24
dry - 36: 8
due - 27: 2, 32: 9, 36: 1
during - 22: 22, 25: 7, 33: 14, 33: 23
duty - 29: 7, 29: 8

## E

early - 5: 3
earshot - 7: 3, 7: 4
easier - 21: 21
Eastern - 4: 6
easy - 18: 24
eat - 19: 24, 29: 13
economies - 35: 7
educate - 8: 20
educated - 27: 16
educational - 22: 9

Edwards - 2: 7
effect - 34: 9, 34: 19
efficient - 27: 25, 37: 5
efforts - 20: 8
Efraim - 3: 15
Ehrlich - 1: 22, 7: 9
either - 20: 24
Eliezer - 3: 8
emotions - 18: 4, 18: 5, 19: 1
end - 13: 24, 16: 21, 19: 11, 24: 4, 24: 18, 24: 19
engage - 11: 11, 13: 7, 20: 10
engagement - 5: 18
enter - 13: 4, 30: 11, 34: 17, 36: 19
entered - 10: 8, 11: 4, 11: 8, 32: 22
enters - 35: 21
entertain - 8: 10
entitled - 27: 13
entry - 8: 4, 8: 18, 9: 11, 10: 19, 17: 10
Esq - 1: 13, 1: 15, 1: 16, 1: 18, 2: 3, 2: 4, 2: 6
essentially - 24: 1, 24: 14, 25: 1, 34: 1
estate - 3: 13
Et- 1: 3, 1: 6
et- 1: 16, 3: 3
exactly - 17: 18, 34: 2
exaggerations - 16: 3
example - 32: 21
exception - 3: 10
excerpt - 14: 10
exchanges - 14: 1
execution - 35: 11
exercise - 8: 4, 35: 3
exercising - 35: 5
Exhibit - 14: 10
expectations - 5: 18, 6: 8, 6: 9, 20: 16, 20: 17
expeditious - 26: 11
experience - 8: 24, 31: 1
expressly - 33: 22
extension - 22: 7, 30: 17
extensions - 32: 11
Ezell - 1: 16, 3: 10, 3: 12, 3: 16, 4: 23, 4: 25, 5: 2, 5: 7, 6: 11, 7: 25, 27: 7, 35: 15

## F

fact - 10: 1, 10: 4, 24: 17, 24: 25, 26: 11, 35: 5, 35: 6
factors - 35: 1, 35: 4, 35: 10
facts - 8: 20, 11: 16, 12: 16, 18: 5, 20: 11, 20: 12, 31: 23
fair - 25: 5
fairly - 16: 6, 25: 15
faith - 12: 21, 12: 24, 13: 21, 15: 19, 15: 24, 28: 3
fall - 8: 8, 25: 14
family - 18: 20
far - 5: 18, 11: 6, 23: 2, 36: 24
father - 3: 14, 7: 12

Fayyad - 10: 2, 15: 6
feed - 19: 24
felt - 12: 6
Ferguson - 1: 23
few - 4: 14, 26: 12, 27: 15
file - 18: 17, 26: 25, 27: 1, 30: 7, 30: 12, 31: 15, 32: 9
filed - 11: 1, 11: 8, 12: 7, 36: 18
filing - 26: 24, 30: 21
final - 34: 17
finally - 11: 8, 22: 3
financially - 18: 21
fine - 21: 23, 30: 9
finish - 33: 3
finished - 30: 14
finishing - 26: 13
firm - 12: 23
first - 5: 8, 5: 25, 8: 25, 14: 7, 15: 8, 15: 12, 15: 15, 16: 2, 16: 4, 18: 14, 27: 15, 27: 23, 32: 17, 36: 4
fix - 37: 3
F1- 1: 14, 1: 17, 2: 8
Flagler- 1: 17
flat - 10: 5
flatly - 9: 13
flexible - 29: 6, 29: 8
Florida - 1: 2, 1: 4, 1: 24, 5: 6, 35: 6
focus - 17: 21
folded - 7: 20
followed - 34: 12
following - 4: 12, 5: 11, 34: 14
foot - 11: 15
force - 19: 13, 19: 18
forced - 19: 20
foremost - 5: 25
forma - 8: 4, 27: 21
formal - 32: 22
formally - 36: 19
format - 5: 11
forum - 35: 11
forward - 34: 18, 35: 8
four - 26: 10, 35: 4
frames - 23: 22
Friday - 28: 3
Fridays - 28: 7
friendly - 13: 20
front - 28: 18, 32: 18
fully - 30: 15, 31: 3, 34: 1, 35: 2, 35: 25
future - 20: 7

## G

Gary - 2: 6, 4: 1
generally - 24: 5, 24: 7, 24: 22
gentle - 24: 5
Gentlemen - 17: 24
genuinely - 16: 4
gifted - 6: 13
given - 23: 23, 24: 24, 24: 25, 35: 5
glasses - 4: 22
God - 36: 3
Gods - 19: 16
grand - 8: 7
grant - 20: 1, 31: 13
granted - 10: 19, 33: 7
grateful - 21: 11
great - 18: 12, 19: 7
greater - 19: 19

greet - 16: 15, 16: 20
ground - 13: 17, 31: 6
grounds - 9: 15
guard - 30: 18
guardian - 3: 14
guess - 3: 9

## H

Habitat- 19: 15
hac - 4: 5, 4: 19, 5: 8, 5: 20, 8: 5, 9: 10, 11: 4, 13: 4, 15: 24, 20: 2
Hac - 1: 8
Hague - 27: 22
hair - 18: 20
Haller - 17: 3
handle - 19: 23
hands - 7: 20
happy - 13: 25, 33: 4
Har- 5: 4
Har-zahav - 5: 4
Harbor - 1: 14
hard - 12: 18, 24: 24, 25: 11
harmony - 20: 8
heads - 21: 7, 34: 22
heads-up - 21: 7, 34: 22
health - 18: 21
hear - 7: 10, 33: 4, 36: 21
heard - 14: 8, 20: 6, 33: 1
Hearing - 1: 8
hearing - 4: 12, 15: 25, 16: 12, 17: 18, 19: 24, 21: 8, 32: 17, 33: 9, 33: 14, 33: 23, 35: 20
help - 18: 4, 18: 25, 19: 9, 19: 25, 20: 11, 31: 23
helpful - 18: 1, 29: 4, 31: 23
helps - 31: 5
Hibey - 2: 3, 3: 21, 4: 1, 6: 14, 6: 19, 7: 2, 7: 21, 7: 22, 8: 2, 8: 13, 8: 21, 8: 23, 9: 5, 9: 18, 10: 14, 10: 16, 10: 23, 11: 20, 11: 24, 12: 2, 12: 10, 12: 12, 12: 14, 12: 16, 13: 8, 13: 10, 13: 13, 13: 15, 13: 25, 14: 8, 14: 13, 14: 25, 15: 3, 15: 5, 15: 7, 15: 9, 15: 14, 15: 18, 15: 22, 16: 9, 16: 13, 16: 16, 16: 17, 16: 21, 16: 24, 17: 1, 17: 8, 17: 10, 20: 3, 20: 5, 20: 18, 20: 19, 20: 24, 31: 11, 37: 13
Hibey's - 16: 5
himself - 14: 13
hold - 20: 7, 23: 11, 23: 19, 36: 15
home - 29: 13, 29: 15, 35: 13
Hon - 1: 8, 1: 9
Honor - 3: 17, 3: 21, 4: 3, 4: 8, 4: 16, 5: 2, 5: 7, 6: 19, 7: 2, 7: 22, 8: 3, 13: 13, 13: 25, 14: 9, 15: 5, 15: 20, 17: 20, 20: 5, 20: 19, 21: 18, 21: 25, 23: 21, 30: 3, 32: 8, 33: 5, 35: 15, 36: 2

## I

idea - 9: 25, 32: 23
identifying - 12: 18
ignorance - 10: 7
imagine - 26: 3
immediate - 9: 12
impact - 34: 13
impaneling - 35: 9
implemented - 34: 15
importantly - 5: 19
impressed - 6: 15
impression - 10: 3
in-between - 8: 8
inaccurate - 16: 3
inception - 11: 2
inches - 7: 6
incident - 25: 13
including - 10: 9
inconsistent - 20: 7
incredible - 7: 15, 21: 10
Indeed - 4: 1
index - 34: 16
individual - 13: 21
inference - 26: 8
initial - 14: 8, 26: 2
innocents - 9: 3, 9: 7
input - 24: 8
instance - 16: 2
instances - 16: 2
instead - 34: 14, 34: 15
intending - 30: 7
interdependent - 19: 17
interesting - 22: 15
interests - 18: 12
international - 28: 18, 31: 2
introduction - 9: 1
involved - 18: 23, 24: 25
Isaac - 1: 13, 3: 5, 5: 9
Island - 1: 14
Israel - 5: 4, 17: 4, 17: 5, 31: 24, 32: 7
Israeli - 5: 3, 32: 5
issue - 14: 22, 14: 24, 22: 22, 22: 25, 29: 20, 31: 21, 37: 8, 37: 9, 37: 12
issued - 28: 12
issues - 15: 22, 19: 1, 19: 23, 23: 13, 23: 19, 30: 2
Itzak - 3: 15
Itzhak - 3: 6

## J

jail - 13: 18, 13: 19, 18: 12
January- 21: 14, 24: 2, 24: 13, 24: 24,

26: 20, 30: 20, 30: 24
Jaroslawicz- 1: 13, 3: 5, 4: 4, 5: 9, 5: 10, 13: 22, 14: 1, 14: 7, 17: 2, 17: 4, 17: 15, 17: 16, 21: 1, 21: 5, 21: 18, 21: 19, 21: 20, 21: 23, 22: 12, 22: 16, 24: 23, 25: 25, 27: 3, 27: 5, 27: 14, 28: 8, 28: 16, 28: 21, 29: 25, 32: 3, 36: 21, 37: 3, 37: 12
jerked - 11: 6
jerking - 11: 7
job - 18: 25
John - 1: 9
join - 8: 15
Jones- 20: 25
Josefsberg - 1: 15, 1: 16, 3: 17, 4: 20, 6: 11, 6: 22, 6: 24, 6: 25, 12: 23, 27: 7
Jr - 1: 23
Judge- 1: 9, 1: 10, 4: 10, 4: 11, 4: 14, 5: 16, 6: 9, 7: 8, 9: 11, 10: 11, 11: 1, 11: 3, 11: 8, 12: 11, 13: 22, 14: 7, 15: 16, 18: 2, 18: 13, 19: 10, 19: 22, 20: 22, 28: 5, 28: 14, 28: 15, 28: 19, 29: 7, 29: 8, 29: 9, 29: 11, 29: 15, 29: 18, 29: 24, 30: 1, 32: 3, 33: 1, 34: 8, 36: 22, 37: 7, 37: 14
judge - 29: 7
Judge's - 12: 13
Judges - 22: 23
judgment - 26: 25, 27: 1, 27: 6, 27: 11, 27: 12, 27: 13, 30: 5, 30: 7, 30: 9, 30: 10, 30: 12, 32: 22, 34: 17
judicial - 35: 7
Judith - 3: 7
July - 9: 24, 10: 21, 23: 4, 23: 18, 26: 24, 30: 13
juries - 35: 9
jurisdiction - 12: 5, 12: 6, 35: 1, 36: 24
justice - 6: 4, 6: 6, 18: 3, 19: 25
justify - 12: 17

## K

Kane - 1: 16
Katherine - 1: 16
keep - 7: 20, 21: 15, 33: 18, 33: 21, 35: 3
Keep- 20: 12
killer - 9: 3
killers - 9: 7
kind - 7: 11, 20: 10, 20: 13
kindness - 19: 9
kinds - 13: 11
knowing - 22: 9
knowledge - 11: 1
known - 7: 25
Knox - 10: 25, 11: 4

## L

largely - 23: 21
last - 32: 17, 35: 17

late - 4: 20
law - 13: 20, 18: 3, 18: 5, 21: 2, 32: 21, 36: 24
Law - 1: 13, 1: 19
lawsuit - 12: 7
lawyer - 6: 13, 17: 4, 18: 24, 21: 10
lawyers - 6: 16, 11: 3, 18: 14, 19: 8, 21: 20, 24: 9, 28: 2, 30: 16
laying - 13: 17
lead - 8: 22
learn - 21: 3
least - 8: 10, 10: 9, 16: 21, 17: 11, 18: 18, 23: 6, 24: 4, 24: 18, 24: 20, 33: 14
leave - 15: 25, 17: 18, 18: 8, 20: 14, 26: 8, 26: 18, 29: 12, 30: 23
legitimate - 25: 6
length - 26: 4
Leon - 12: 12, 12: 14
letter - 10: 18, 15: 1, 28: 15, 29: 22
letters - 27: 20, 28: 11, 28: 24, 29: 18, 30: 25, 31: 1
Liberation - 3: 22, 14: 14
lightly - 6: 20
likely - 26: 21
limitations - 32: 7
line - 4: 4
linguistic - 21: 3
lips - 7: 7, 8: 1
listed - 5: 24
litany - 16: 1
litigation - 8: 5, 11: 2, 24: 7
living - 26: 13
Livingston - 1: 20
Llc - 1: 19
Llp - 2: 7
local - 5: 11
located - 35: 7
logistics - 24: 25
look - 18: 5, 21: 16, 34: 21, 35: 4
looked - 36: 23
looking - 23: 3, 34: 18, 35: 1, 35: 7, 35: 10
looks - 30: 24
Loretta- 9: 11
lose - 6: 11
losing - 5: 20
love - 29: 13
lunch - 19: 14, 19: 24, 25: 6

## M

Magistrate - 1: 10, 4: 11, 26: 14, 28: 5, 28: 14, 28: 19, 29: 9, 29: 15, 29: 18, 30: 1, 37: 7, 37: 14
man - 9: 1
managed - 14: 15, 22: 17
managing - 25: 15
manner - 19: 2
manners - 13: 21
March - 1: 4, 24: 15, 25: 2, 33: 15, 36: 2
Marrero - 11: 1
material - 22: 6,

26: 12
Matt- 28: 22
matter - 8: 15, 24: 17, 24: 19, 25: 22, 26: 4, 26: 10, 28: 12
matters - 8: 16
Matthew - 21: 5, 36: 13
mean - 7: 14, 19: 3, 19: 13, 19: 16, 35: 23
meaning - 16: 22
mechanism - 34: 11, 34: 14
meet - 15: 20, 16: 15, 16: 19, 22: 17, 22: 22, 23: 18, 30: 16
member - 9: 18
mentioned - 24: 3, 27: 17
mere - 8: 18
meritless - 12: 3
merits - 34: 13
metaphysical - 8: 9
Miami - 1: 4, 1: 17, 1: 24
microphone - 7: 6, 7: 12, 22: 15
middle - 22: 3
might - 8: 7, 27: 12
Miller - 2: 4
mind - 8: 10
minds - 11: 5
Minister - 10: 2, 15: 1, 15: 6
minute - 3: 18
minutes - 4: 22, 37: 13
Miss - 4: 23, 6: 11, 7: 25, 27: 7
mix - 32: 9, 33: 6
moment - 33: 1
months - 10: 18, 11: 14
Mordechai - 17: 2
more-flexible - 29: 6, 29: 8
morning - 3: 21, 4: 3, 4: 7, 4: 8, 18: 7, 18: 9
morning's - 21: 8
mornings - 18: 11
Moshe - 1: 3, 3: 2, 3: 6, 17: 5
most - 5: 19
Motion - 1: 8
motion - 4: 19, 5: 8, 12: 3, 13: 4, 18: 17, 20: 1, 21: 8, 27: 10, 27: 24, 30: 5, 30: 7, 30: 9, 30: 10, 30: 12, 30: 15, 30: 21, 31: 12, 31: 13, 31: 14, 31: 15, 33: 24, 34: 1, 35: 24, 36: 10, 36: 15, 36: 18
motions - 26: 24, 26: 25
move - 7: 12, 7: 13, 7: 19, 11: 9, 18: 25, 26: 15, 26: 22, 27: 14
moved - 7: 16, 9: 10, 11: 12, 12: 8
Muhammad - 9: 9, 11: 18
murderer - 9: 2, 9: 7
mystery - 19: 19

## N

name - 5: 23, 7: 23, 7: 25, 9: 1, 12: 13
named - 5: 22

namely - 10:8
names - 20:25
necessary - 11:9
need - 5:14, 18:3, 18:12, 19:8, 20:11, 21:13, 23:6, 23:16, 27:19, 27:20, 27:22, 28:11, 28:13, 29:10, 30:14, 30:17, 31:7, 31:14, 31:23
needed - 24:20
Needless - 5:15
needs - 7:9, 29:22, 30:13, 32:11
never - 4:20
New - 4:6, 9:8, 9:19, 10:10, 10:25, 11:19
new - 4:21, 6:24, 21:3, 21:14, 21:25, 23:24, 30:11, 34:12, 34:16, 35:21
next - 21:14, 26:12, 27:15, 28:4, 28:16, 30:21
nexus - 35:6
nice - 6:14
nicer - 19:11
nickname - 11:9
night - 18:8, 22:5
noise - 7:15
non - 16:5
North - 2:7
nothing - 31:11, 36:20
notice - 23:14, 25:20
notified - 5:3
November - 27:4, 30:3, 30:8
nuance - 8:11
nuanced - 8:12
number - 3:2, 33:22, 34:12, 34:16
Nw - 2:5
Ny - 1:20

officer - 5:25, 6:2, 8:17, 13:3, 25:14
Officer- 6:23, 7:1
officers - 6:19, 18:14
Offices - 1:13
Official - 1:22
often - 30:16
old - 21:3
once - 29:13, 32:24
one - 5:24, 6:3, 10:9, 12:23, 13:18, 25:7, 25:21, 29:10, 32:8, 32:10, 32:25, 33:1, 33:6, 33:13
one - 25:3, 26:23
one's - 5:20, 5:21, 6:1
ongoing - 26:2
opinion - 5:22
opportunity - 5:16, 36:6
oppose - 11:22
opposed - 9:13, 9:15, 11:25
opposes - 15:23
opposing - 8:14, 12:22, 17:9, 17:10, 17:22, 24:16
opposition - 8:6, 11:5
orally - 9:24, 10:23
order - 21:12, 27:9, 30:11, 33:24, 34:2, 35:20, 36:11
orders - 27:22, 29:2
Organization - 3:23, 14:15
Orseck - 1:16
Otherwise - 23:20
ought - 25:12
overseas - 24:5
own - 35:13

P
page - 33:14
Page - 1:6
pain - 5:20, 5:22
paired - 4:10
Palestine - 14:14
Palestinian - 1:6, 3:3, 3:22, 9:5, 9:22, 10:1, 10:17, 14:14, 25:10
Palm - 2:8
Palmer - 2:7
paper - 18:6
papers - 5:10, 6:12, 7:12, 7:19, 10:24, 11:9, 13:12, 14:10, 16:6, 28:13, 34:5, 34:21
participate - 8:16
particular - 11:9, 25:4
particularly - 30:25, 34:23, 35:12
parties - 10:3, 12:25, 21:13, 21:16, 28:1, 29:19
parties' - 27:9
party - 25:17
past - 18:7
Patricia - 1:8
Pause - 16:16
penalties - 6:9
people - 18:7, 18:11, 18:12, 18:25
perfectly - 20:16

Perhaps - 31:16
period - 25:8
permitted - 29:21
person - 12:23
personal - 3:3, 4:24, 5:5, 17:5
personally - 9:4, 14:13
perspective - 22:24, 26:17
phone - 6:21, 6:23, 16:15, 16:20, 24:3, 24:16
phonetically - 21:4
phrase - 25:5
physical - 23:9
pieces - 18:6
place - 10:21, 25:13, 27:24
plagued - 32:16
plaintiff - 3:5, 26:24, 26:25, 35:7
plaintiff's - 9:18, 23:24
Plaintiffs - 1:12
plaintiffs - 3:9, 27:12, 34:2, 35:16, 36:25
plan - 8:8
pleadings - 13:6, 20:10, 20:13
Plo - 9:6, 9:22, 10:1, 25:10, 25:19
plowing - 22:5
plus - 24:25, 29:3
Podhurst - 1:16, 26:9
point - 6:15, 8:9, 14:12, 14:18, 19:5, 22:9, 23:10, 23:20, 25:3, 25:20, 33:2
pointed - 11:16
points - 27:17
political - 9:15
poor - 32:16
position - 8:12, 8:22, 9:11, 9:16, 10:12, 12:17, 27:5
positions - 10:24, 17:25
possible - 19:2, 26:7, 36:10, 37:5
power - 19:10
practical - 24:17, 24:19
premise - 6:8
preparing - 18:9
President - 10:17, 15:2
Preska - 9:11, 11:3, 11:8
presume - 13:23
pretrial - 27:2
pretty - 37:2
previous - 22:4, 36:11
previously - 14:16
primary - 23:19
Prime - 10:2, 15:1, 15:6
print - 20:12
Pro - 1:8
pro - 4:5, 4:19, 5:8, 5:20, 6:4, 9:10, 11:4, 13:4, 15:24, 20:1, 27:21
procedural - 32:16
procedure - 27:19, 28:2

proceeded - 24:12
proceedings - 5:22
process - 24:4, 24:10, 24:25, 31:2, 31:7
produce - 25:19
producible - 25:12
production - 23:1, 23:10
productions - 22:20
professional - 19:7
professionalism - 5:19, 20:9
promise - 25:21
pronouncing - 20:4
proof - 9:20
proofread - 29:4
proper - 21:11, 22:9
properly - 9:7, 14:17, 14:25, 23:24
proposed - 30:4
proposing - 34:14
protected - 36:18
protest - 5:14, 5:15, 6:18, 6:7
protested - 10:10
proud - 6:16
provided - 5:11
publish - 5:23
pull - 7:6
purpose - 33:8
pursuant - 5:10, 34:16
pursue - 35:13
put - 13:18, 19:11, 20:17, 23:23, 32:22, 34:4
putting - 26:19

Q
questions - 21:24, 23:4
quick - 5:13, 21:25
quickly - 21:25
quite - 25:5, 26:11, 31:2

R
Rachel - 3:6
radar - 23:23, 26:19
Rafael - 3:10, 3:11, 3:13, 4:23
Rafi - 3:11, 3:12
raised - 22:25
Rajoub - 9:9
rang - 6:21
rather - 11:11, 15:24, 18:15, 31:7, 35:19
read - 4:22, 6:13
ready - 25:8
realistic - 30:4
reality - 10:7
realize - 29:10, 32:13, 35:2
really - 6:13, 14:23, 18:13, 24:11, 24:18, 26:13
reason - 15:13, 22:7, 23:8, 27:11, 31:18, 33:8, 34:11
reasonably - 12:2
reasons - 15:23, 16:5, 26:23, 33:7
received - 26:5, 26:9
recessed - 37:15
reckless - 12:19

recognition - 8:15
recognize - 8:13, 10:5
recollection - 9:12, 15:16, 16:15, 17:11, 17:21
reconsider - 34:2
reconsideration - 21:9, 33:24, 35:25, 36:16, 36:18
reconvened - 3:1
record - 4:20, 13:1, 16:17, 18:18, 21:6
refer - 7:24, 28:1
referenced - 10:20
referred - 5:21
refile - 20:15
reflect - 4:20, 13:1
reflects - 27:9
refreshing - 12:21
refusal - 10:5, 17:21
refute - 10:12, 10:14
Refute- 10:13
relatives - 19:14
relevant - 14:19, 26:6, 29:7
relies - 6:6
remedies - 32:7
remember - 5:2, 5:24, 19:16, 20:9, 29:2, 32:19
remembrance - 5:19
remind - 5:17
repeatedly - 12:20, 33:14
replacement - 10:5
replacing - 10:4
reply - 34:24
Reported - 1:22
Reporter- 1:22, 7:9
represent - 10:2, 35:16
representation - 9:21
representations - 10:6
representative - 3:13, 4:24, 5:6
represented - 14:16, 14:17, 15:15, 23:22, 30:23
representing - 9:3, 15:3
request - 21:9
requested - 11:12
requests - 23:3, 24:3, 24:7, 24:10, 24:14, 27:21
required - 10:11, 25:18
requires - 24:8
resolve - 28:3
resolved - 18:13
respect - 37:4
respective - 5:21, 18:4
respond - 23:3
responding - 16:4, 24:7
response - 31:15, 31:25, 32:9, 36:1
responses - 22:8, 23:7
responsibilities - 32:20
responsibility - 6:3
rest - 34:18
result - 34:20
review - 27:16

Richard- 2:3, 3:21,
7:22, 12:12
rights - 37:5
road - 34:19
Robert- 1:15, 1:18
rogatory - 27:21,
28:11, 28:15, 28:25,
29:18, 29:22, 30:25,
31:1
Room - 1:24
Rosenthal- 6:12,
21:10, 32:18
Rpr- 1:22
rule - 12:2, 23:16,
35:24
Rule- 34:16
rules - 5:11, 5:17,
13:17
rustle - 7:12

## S

Sabbath - 22:4
Salaam - 10:2
sanctions - 18:17
Saperstein - 1:3,
3:3, 3:6, 3:7, 3:8,
17:5, 33:11, 33:13,
33:15, 33:17, 34:18
Sarah - 3:8
Saturday- 22:5
Save - 20:12
save - 16:11
saw - 7:25, 37:1
schedule - 21:15,
22:2, 23:3, 23:12,
23:15
scheduling - 22:18
scheme - 8:7
scramble - 12:5
screen - 23:23,
26:19
seat- 4:18, 7:13
second - 21:5,
33:19
Second - 33:12,
33:18, 33:19
Secondly - 9:8
seconds - 9:1,
15:12
Security - 6:23, 7:1
see - 4:10, 4:14,
13:9, 19:4, 20:10,
21:16, 23:11, 23:20,
30:24, 32:22, 36:24
seek - 18:14
seem - 15:17
Seitz - 1:8, 29:24
selfish - 18:1
send - 28:13, 31:21
Send - 28:20
sent - 31:19
sentencing - 18:11
separate - 20:20,
35:8, 35:9
September- 36:12
set - 6:13, 21:14
sets - 4:21
sever - 33:15,
33:23, 36:13
several- 10:18
severance - 33:7
severed - 31:18,
32:14
severing - 31:21,
34:12
share - 16:10, 20:1,
27:8, 36:5
shepherd - 31:6,
31:9

shorter - 20:12
shortly - 27:6
shot - 21:5
side - 26:22, 30:5,
31:7, 36:6
sides - 20:9, 24:23,
31:9
sign - 27:22, 28:15,
28:20, 28:23, 29:2
signature - 28:13
signed - 10:18,
28:11, 29:23
simply - 14:4, 22:7,
34:16, 35:18
sinners - 15:11
sit - 7:5
site - 5:12
sitting - 22:12
situation - 8:14
situations - 12:19
Smith - 20:25
snafu - 32:20
snafus - 32:17
sneeze - 7:19
sometimes - 31:5
somewhat - 27:16
somewhere - 8:8,
12:6
soon - 7:4, 11:7
sophisticated -
24:6
sorry - 5:2, 6:11,
14:4
Sorry - 7:23
sort- 5:17, 24:15,
26:5
sorts - 29:3
sounds - 13:20,
29:23, 30:4
Southern - 1:2, 9:8,
9:10, 9:19, 19:1, 10:9,
10:25
speaking - 18:16,
33:4
Specifically - 8:25
specifics - 17:13,
17:16, 17:17
spell - 12:13
spelled - 21:4
spend - 18:11,
19:22, 26:12
spent - 19:21
spirited - 12:25,
14:2
spokesperson -
26:4
stamp - 36:13
standard - 23:2
started - 24:1,
24:11, 25:1
starting - 22:5
state - 3:4
State - 5:6
statement - 15:12
statements - 12:19,
16:1
States - 1:1, 1:9,
1:10
statute - 32:7
Stay - 1:8
stay - 31:12, 31:13,
31:14, 36:11, 36:19
stick - 6:10, 15:2
still - 6:18, 23:5,
23:20, 35:16
stip - 27:2
stop - 11:7
straights - 18:20
Street- 1:17, 1:20,
2:5, 2:7

stress - 18:21
stricken - 20:14
strike - 13:14
strong - 25:13
stuff - 29:20
submitted - 5:10,
10:18
subpoena - 25:17
subscribe - 8:18
substantial - 24:8
succinct - 19:5
sucked - 19:3
suddenly - 36:13
sufficient - 4:12
Suite - 1:14, 1:17,
1:19, 2:5, 2:7
summary - 26:25,
27:1, 27:6, 27:11,
27:12, 27:13, 30:5,
30:7, 30:9, 30:10,
30:12
supplemental-
36:24
support- 10:12,
13:1
surprised - 5:15
swifter - 19:11
sworn - 15:5
system - 6:4, 6:5,
19:25

## T

table - 16:12
Tamar- 3:6
technically - 35:16
teed - 32:2
telephone - 9:2,
15:21
terms - 14:9, 16:21,
22:18, 22:19, 23:1,
23:7, 23:22, 24:4,
25:18, 26:1, 26:5,
27:18, 30:5, 35:15,
35:19
themselves - 18:21
thereby - 33:18
therefore - 9:6, 23:2
thinking - 34:22
third - 25:16, 33:10
Third - 33:17, 33:20
thoughts - 15:8,
16:8, 36:5, 36:7
three - 7:6, 16:21,
16:25, 18:18
throw - 32:8, 32:10
Thursday- 28:4
Thursdays- 28:7
time-consuming -
24:10
timeframe - 30:3
timing - 22:24
Timothy- 2:4, 4:1
today - 4:10, 4:13,
26:18, 29:7
together - 5:17,
10:5, 19:14, 22:13,
28:24, 29:1
Tolchin - 1:18, 4:4,
4:7, 4:8, 4:14, 4:16,
7:2, 7:8, 7:11, 7:16,
7:18, 8:18, 9:2, 9:15,
9:19, 10:23, 11:1,
11:5, 11:11, 13:18,
14:5, 14:12, 14:18,
15:13, 15:16, 17:2,
20:8, 20:21, 20:22,
20:24, 21:1, 33:1,
34:7, 34:8
Tolchin's- 9:16,

10:12
tone - 6:14
took - 10:20, 18:2,
25:13
totally - 9:15
towards - 24:24
trained - 19:6
training - 21:2
transfer - 11:22,
11:25
transferred - 11:18
travel - 33:11, 33:16
traveled - 33:17
traveling - 33:10
trees - 20:12
trend - 13:2
trial - 21:14, 24:2,
24:13, 24:24, 26:15,
26:20, 29:6, 30:20,
30:24
tried - 18:19, 22:1,
34:9
true - 15:13
truly - 18:13
trump - 6:3
truth - 19:18
try - 6:24, 18:2,
25:6, 30:22, 37:5
trying - 23:18,
25:22, 30:18
Tuesdays- 28:6
turnaround - 24:15,
24:17
twistings - 16:3
two - 3:14, 10:24,
11:2, 14:18, 19:13,
19:15, 26:9, 31:18,
33:16, 33:20, 33:23,
35:8, 35:9
type - 25:14

## U

ultimately - 6:3,
11:18
Ultimately - 10:17
under - 18:21, 27:22
undermines - 6:3
understood - 10:7,
18:15
United - 1:1, 1:9,
1:10
unless - 30:11
unprofessional-
13:7
unredeemable-
14:6
unusual - 8:14
up - 6:15, 21:7,
21:24, 22:5, 22:12,
22:22, 22:25, 23:12,
23:15, 27:1, 28:20,
31:20, 31:22, 32:12,
32:23, 34:22, 36:12
update - 22:1
uttered - 12:24

## V

vanished - 7:2
versus - 3:3, 9:9
Vice - 1:8
vice - 4:5, 8:5, 9:10,
11:4, 13:5, 15:24
Video - 1:19
view - 7:3, 22:9
vigorous - 14:3
Volume - 1:5
vote - 20:25

## W

wait - 23:8
waiting - 31:7
wake - 36:12
walk - 24:9
wants - 5:24
Washington - 2:5
watch - 4:21
ways - 24:2
web - 5:11
Webb- 3:2
week - 15:20, 22:3,
27:15, 28:4, 28:6,
29:8, 30:17, 30:21,
35:17, 36:12
weeks - 10:24, 11:2,
29:9
well-within - 14:2
West- 2:8
wet- 36:7
whatsoever - 11:5
whole - 31:17,
32:23
Wilkie - 1:23
wise - 18:21
withholding - 8:6
witness - 23:15,
25:9, 25:12, 25:17
witnesses - 23:6
wonderful- 6:12
Woodfield - 2:3,
3:24, 4:2, 4:3, 16:23
word - 8:7
words - 29:19, 34:9
works - 21:23, 30:5
writer - 6:12
writing - 9:24, 19:5
written - 5:22
wrongful - 31:24,
32:6, 34:25, 35:12

## Y

year - 10:22, 33:9
years - 14:18, 14:20
York - 4:6, 9:8, 9:9,
9:19, 10:10, 10:25,
11:19

## Z

zahav - 5:4
zeal - 17:25, 19:3,
19:4
zealous - 6:4
Zen - 15:8, 16:8
Zen-like - 15:8, 16:8
Zweig - 3:8