UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

      Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

      Defendants.
_____/

## ORDER GRANTING
## THE PARTIES' JOINT APPLICATION FOR APPOINTMENT
## OF A COMMISSIONER PURSUANT TO RULE 28(b)(1)(D), FED. R. CIV. P.

THIS CAUSE comes before the Court upon the Parties' Joint Application for Appointment of a Commissioner Pursuant to Rule 28(b)(1), Fed. R. Civ. P. After review of the record, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED, pursuant to Rule 28(b)(1)(D), Fed. R. Civ. P., that Amy Gitlin, Esq., shall be and hereby is appointed as a commissioner authorized to administer oaths and carry out the other duties of an officer set forth in Rule 30(b)(5), Fed. R. Civ. P., in any depositions conducted in this matter outside of the United States.

DONE AND ORDERED in Chambers, in Miami, Miami/Dade County, Florida this 20 day of March, 2009.

                                                                                                    UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                                                    MAGISTRATE

Copies furnished to:
All Counsel of Record