IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, *et al.*,

        Plaintiffs,

v.

THE PALESTINE AUTHORITY, *et al.*,

        Defendants.

**ORDER**

THIS MATTER, having come before the Court on August 25, 2009 for a hearing relating to Plaintiff's Second Request for Production of Documents to defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants") and the Defendants' Objections thereto, and for the reasons stated from the bench during the August 25, 2009 hearing, it is now therefore

ORDERED as follows:

1. Defendant PLO shall produce to Plaintiff records of any transfer of money in an amount in excess of USD $250.00 from any account at the Palestine National Fund ("PNF") (including, without limitation, PNF Account No. 111444/713 in the Arab Bank in Jordan) to Fatah or any officer or director of Fatah that occurred during the time period October 1, 2000 to February 18, 2002, excluding any transfer to Fatah or any officer or director of Fatah that constituted or represented ordinary salary or expense payments.

2. Defendant PA shall produce to Plaintiff records of any transfer of money in an amount in excess of USD $250.00 from any account of the PA (including, without limitation, PA Account Nos. 01810058/4/8 and 00810058/4/1 in the Bank of Jordan) to Fatah or any officer or director of Fatah that occurred during the time period October 1, 2000 to February 18, 2002, excluding any transfer to Fatah or any officer or director of Fatah that constituted or represented ordinary salary or expense payments.

3. The defendants shall produce the documents required by this Order on or before **Monday, October 19, 2009**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **2nd** day of September, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

U.S. District Judge Seitz
All Counsel of Record