IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, *et al.*,

                      Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, *et al.*,

                      Defendants.

**DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING PLAINTIFF'S NOTICE OF DEPOSITION OF AHMED QUREI**

COMES NOW Defendants The Palestine Liberation Organization ("PLO") and The Palestinian Authority ("PA") (collectively, "Defendants"), by and through counsel pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, and respectfully request that this Court enter a protective order regarding the Notice of Deposition served by Plaintiff, pursuant to Fed. R. Civ. P. 30, for a deposition of Ahmed Qurei, an individual who is located in the Occupied Palestinian Territory (West Bank) providing that the discovery not be had for the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion for Entry of a Protective Order Regarding Plaintiff's Notice of Deposition of Ahmed Qurei.

**LOCAL RULE 7.1.A.3 CERTIFICATION**

Counsel for Defendants hereby certify that as required by S.D. Fla. L.R. 7.1.A.3, they have conferred with all parties or non-parties who may be affected by the relief sought in the Motion in a good faith effort to resolve the issues raised in the Motion and have been unable to do so.

Dated: October 21, 2009

Respectfully submitted,

By: /s/ Gary A. Woodfield
Gary A. Woodfield (Fla. Bar No. 563102)
gwoodfield@eapdlaw.com
**Edwards Angell Palmer & Dodge LLP**
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719

Richard A. Hibey
rhibey@milchev.com
Mark J. Rochon
mrochon@milchev.com
Charles F. B. McAleer, Jr.
cmcaleer@milchev.com
Timothy P. O'Toole
totoole@milchev.com
**Miller & Chevalier Chartered**
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Telephone: (202) 626-5800
Facsimile: (202) 626-5801

**Attorneys for Defendants PA/PLO**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of October, 2009, a true and correct copy of the foregoing "Defendants' Motion for Entry of a Protective Order Regarding Plaintiff's Notice of Deposition of Ahmed Qurei" was served by ECF, with a copy automatically being provided to the following:

>Robert J. Tolchin
>THE BERKMAN LAW OFFICE, LLC
>111 Livingston Street, Suite 1928
>Brooklyn, NY 11201
>Telephone:    (718) 855-3627
>Facsimile:    (718) 855-4696
>Email:        rtolchin@berkmanlaw.com
>
>Isaac M. Jaroslawicz
>JAROSLAWICZ LAW OFFICES
>1177 Kane Concourse, #222
>Bay Harbor Islands, FL 33154
>Telephone:    (305) 398-7739
>Facsimile:    (786) 206-3575
>Email:        Isaac@MyLawyerIsaac.com
>
>**Attorneys for Plaintiff Moshe Saperstein**

>/s/ Gary A. Woodfield
>Gary A. Woodfield