# EXHIBIT 2

798192.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, *et al.*,

        Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, *et al.*,

        Defendants.

## DECLARATION OF MOHAMMAD ZUHDI NASHASHIBI

Pursuant to 28 U.S.C. § 1746, I, Mohammad Zuhdi Nashashibi, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory, and Amman, Jordan.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I can read and speak both Arabic and English. I read this Declaration in English and understand it.

4. I am the Chairman of the Board of Directors of the Palestine National Fund ("PNF"), which is the treasury of the Palestine Liberation Organization. The offices of the PNF are located at Riyadh Al-Mifleh Street, Wadi Saqra, Amman, Jordan. I have been the Chairman of the Board of Directors of the Palestine National Fund since April 25, 1995.

5. I am familiar with the manner in which the PNF maintains its business records. Among other things, the PNF maintains financial statements that reflect its financial condition as

of specific dates or for specific periods. Since approximately November 1985, the PNF's financial statements have been audited by the independent, private auditing firm of Talal Abu-Ghazaleh & Co., International, whose offices in Amman, Jordan are currently located at 19 Mecca Street, Um Uthaina, Amman, Jordan. During the process of the audits, professional personnel of Talal Abu-Ghazaleh & Co., International have reviewed those business records of the PNF, including records of the internal controls of the PNF and transfers of monies by the PNF to persons and entities, that were sufficient to enable Talal Abu-Ghazaleh & Co., International to express opinions regarding, and issue reports on, the financial statements of the PNF.

6. I was provided a copy of a document which I understand is an Order issued by the Court in this case on September 2, 2009 that directs the PLO, through the PNF, to review the business records of the PNF for the purpose of identifying and producing records of any transfer of money in excess of the equivalent of US$250.00, that occurred during the period October 1, 2000 until and including February 18, 2002, from a PNF bank account to the political movement known as Fatah or any person who was an "officer or director" of Fatah for a purpose other than salary payments or ordinary expense payments.

7. It is my understanding that the political movement known as Fatah did not and does not have any positions expressly designated as "officers and directors." For purposes of the September 2, 2009 Order, therefore, I understood and interpreted the phrase "officers and directors" of Fatah to refer to those persons who, during the period October 1, 2000 to February 18, 2002, served on the Central Committee, the main decision-making body of Fatah.[1] It is my

---

[1] The Central Committee is elected by delegates to the Fatah Conference. Until the recent election in August 2009, the last election was in 1989.



understanding that the members of the Central Committee of Fatah during the period October 1, 2000 to February 18, 2002 were: Yaser Arafat; Faisal Husseini (until his death in 2001); Farouq Qaddumi; Mahmoud Abbas; Abbas Zaki; Mohammed Ghnaim; Mohammed Jihad; Hakam Bal'awi; Nasr Yousef; Tayyeb Abdel Rahim; Hani al-Hasan; Ahmad Q'rei; Nabil Sha'ath; Intisar al Wazir; Salim Dib Az-Za'anoun; Abdullah Al-Franji; Zakaria Al-Agha; Sakhr Habasah; and Yahya Ashour/Hamdan.[2]

8. Following my receipt and review of the September 2, 2009 Order, I directed employees of the PNF to review the electronic and paper records of the PNF reflecting transfers of money by the PNF during the period October 1, 2000 until and including February 18, 2002 for the purpose of identifying any transfers that were required to be produced by the September 2, 2009 Order. I directed those employees to review such records for all bank accounts held by the PNF during that time period, including specifically Account Nos. 41408/501 (an account maintained in Jordanian Dinars "JOD"); 111444-0/500 (JOD); 111444-0/510 (an account maintained in United States Dollars "USD")); 111444-0/511 (USD); 111444-0/512 (USD); and 111444/713 (USD) located at the Arab Bank in Amman, Jordan.

9. I also directed Talal Abu-Ghazaleh & Co., International, which conducted audits regarding, and issued a report on, the financial statements of the PNF that included the period October 1, 2000 to February 18, 2002 to review all of its records regarding those audits to identify any transfers that were required to be produced by the September 2, 2009 Order.

10. Following the completion of the reviews that I directed to be done, as described in paragraphs 8 and 9 above, I met with employees of the PNF and Talal Abu-Ghazaleh & Co.,

---

[2] Yahya Ashour/Hamdan attends Central Committee meetings by virtue of his position as Secretary General of Fatah's Revolutionary Council. He is not a member of the Central Committee nor does he have voting rights on the Central Committee.

International who were involved in the reviews. They informed me that they had performed the reviews I had directed them to conduct and that, based on those reviews, they did not identify any transfers of money by the PNF to Fatah or any member of the Central Committee of Fatah listed above during the period October 1, 2000 until and including February 18, 2002 that met the requirements in the September 2, 2009 Order, specifically transfers in excess of US$250.00 for a purpose other than salary payments or ordinary expense payments.

11. I was asked to, and in fact did, direct those employees of the PNF and Talal Abu-Ghazaleh & Co., International to include, as part of their reviews, a search for any electronic or paper records of the PNF reflecting transfers of money by the PNF during the period October 1, 2000 until and including February 18, 2002, meeting the requirements of the September 2, 2009 Order, to (a) an Account No. 21250/510 in the Arab Bank in Amman, Jordan and (b) any of the following persons who I was told have been named by the Plaintiff as having some involvement regarding this case: Marwan Barghouti; Nizar Dahliz; Naim Musran; Yaser el Khatib; and Muhammed Qasir. During the meetings described in paragraph 10 above, the employees of the PNF and Talal Abu-Ghazaleh & Co., International who were involved in the reviews assured me that, based on those reviews, they did not identify any transfers of money by the PNF to that account or those five persons during the period October 1, 2000 until and including February 18, 2002 that met the requirements in the September 2, 2009 Order, specifically transfers in excess of US$250.00 for a purpose other than salary payments or ordinary expense payments.



4

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 18 day of October, 2009, in Amman, Jordan.

Mohammad Zuhdi Nashashibi
Chairman of the Board of Directors
The Palestine National Fund

الصندوق القومي الفلسطيني

5