# EXHIBIT 3

798192.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

    Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, et al.,

    Defendants.

## DECLARATION OF STEVE KARADSHEH

Pursuant to 28 U.S.C. § 1746, I, Steve Karadsheh, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside at Khalda - Remon Street, Amman, Jordan.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I can read and speak both Arabic and English. I have read the Declaration in English and understand it.

4. I am a certified public accountant and auditor licensed by the Kingdom of Jordan. I have been a U.S qualified Certified Public Accountant since 1999, and a Jordanian qualified Certified Public Accountant since 2001.

5. Since 2004 I have been practicing at the international accounting and auditing firm of Talal Abu-Ghazaleh & Co., International, where I am an Executive Director. My office is located at 19 Mecca Street, Um Uthaina, Amman, Jordan.

6. One of the clients of Talal Abu-Ghazaleh & Co., International is the Palestine National Fund ("PNF"). Since November 1985, Talal Abu-Ghazaleh & Co., International has

performed audits regarding, and issued reports on, the financial statements of the PNF. I have been involved in the audits of the PNF since 2004.

7. During the process of our audits, professional personnel of Talal Abu-Ghazaleh & Co., International have reviewed those business records of the PNF, including records of the internal controls of the PNF and transfers of monies by the PNF to persons and entities, that were sufficient to enable Talal Abu-Ghazaleh & Co., International to express opinions regarding, and issue reports on, the financial statements of the PNF.

8. Talal Abu-Ghazaleh & Co., International was asked by the Chairman of the PNF, Mohammad Zuhdi Nashashibi, to assist the PNF regarding an Order that I understand was issued by the Court in this case on September 2, 2009 that directs the PLO, through the PNF, to review the business records of the PNF for the purpose of identifying and producing records of any transfer of money in excess of the equivalent of US$250.00, that occurred during the period October 1, 2000 until and including February 18, 2002, from a PNF bank accounts in Arab Bank – Amman to the political movement known as Fatah or any person who was an "officer or director" of Fatah for a purpose other than salary payments or ordinary expense payments.

9. Talal Abu-Ghazaleh & Co., International conducted an audit regarding, and issued reports on, the financial statements of the PNF that included the period October 1, 2000 until and including February 18, 2002, and I was personally involved in supervising those audits. Specifically, Mr. Nashashibi asked Talal Abu-Ghazaleh & Co., International to review all of its records regarding those audits to identify any transfers that were required to be produced by the September 2, 2009 Order. Mr. Nashashibi directed Talal Abu-Ghazaleh & Co., International to look for records of any such transfers during the period to Fatah or any members of the Central Committee of Fatah, who Mr. Nashashibi told us were the following persons: Yaser Arafat; Faisal Husseini; Farouq Qaddumi; Mahmoud Abbas; Abbas

2

Zaki; Mohammed Ghnaim; Mohammed Jihad; Hakam Bal'awi; Nasr Yousef; Tayyeb Abdel Rahim; Hani al-Hasan; Ahmad Q'rei; Nabil Sha'ath; Intisar al Wazir; Salim Dib Az-Za'anoun; Abdullah Al-Franji; Zakaria Al-Agha; Sakhr Habasah; and Yahya Ashour/Hamdan[1]. Mr. Nashashibi also directed Talal Abu-Ghazaleh & Co., International to review its records for all bank accounts held by the PNF during that time period, including specifically Account Nos. 41408/501 (an account maintained in Jordanian Dinars "JOD"); 111444-0/500 (JOD); 111444-0/510 (and account maintained in United States Dollars "USD"); 111444-0/511 (USD); 111444-0/512 (USD); and 111444/713 (USD) located at the Arab Bank in Amman, Jordan.

10. Mr. Nashashibi also directed employees of the PNF and Talal Abu-Ghazaleh & Co., International to include, as part of their reviews, a search for any electronic or paper records of the PNF reflecting transfers of money by the PNF during the period October 1, 2000 until and including February 18, 2002, meeting the requirements of the September 2, 2009 Order, to (a) an Account No. 21250/510 in the Arab Bank in Amman, Jordan and (b) any of the following persons who I was told have been named by the Plaintiff as having some involvement regarding this case: Marwan Barghouti; Nizar Dahliz; Naim Musran; Yaser el Khatib; and Muhammed Qasir.

11. I personally supervised the professional staff of Talal Abu-Ghazaleh & Co., International in complying with Mr. Nashashibi's requests. Those employees reviewed all of the records of the PNF and workpapers of Talal Abu-Ghazaleh & Co., International that we have relating to the time period October 1, 2000 to February 18, 2002.

12. Following the completion of the review that Mr. Nashashibi directed Talal Abu-Ghazaleh & Co., International to perform, I met with Mr. Nashashibi and informed him

---

[1] I understand that Yahya Ashour/Hamdan attends Central Committee meetings by virtue of his position as Secretary General of Fatah's Revolutionary Council, but that he is not a member of the Central Committee nor does he have voting rights on the Central Committee.

3

that, based on the review conducted by Talal Abu-Ghazaleh & Co., International, we did not identify any transfers of money by the PNF to Fatah or any member of the Central Committee of Fatah listed above during the period October 1, 2000 until and including February 18, 2002 that met the requirements in the September 2, 2009 Order, specifically transfers in excess of US$250.00 for a purpose other than salary payments or ordinary expense payments.

13. During the meetings described in paragraph 10 above, the employees of the PNF and Talal Abu-Ghazaleh & Co., International who were involved in the reviews assured me that, based on those reviews, they did not identify any transfers of money by the PNF to Account No. 21250/510 in the Arab Bank in Amman, Jordan or to Marwan Barghouti, Nizar Dahliz, Naim Musran, Yaser el Khatib, and Muhammed Qasir during the period October 1, 2000 until and including February 18, 2002 that met the requirements in the September 2, 2009 Order, specifically transfers in excess of US$250.00 for a purpose other than salary payments or ordinary expense payments.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 18 day of October, 2009, in Amman, Jordan.

Steve Karadsheh
Executive Director
Talal Abu-Ghazaleh & Co., International

4