<div align="center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  04-20225-CIV-SEITZ/O'SULLIVAN

</div>

MOSHE SAPERSTEIN, et al.,

       Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

       Defendants.

_____/

<div align="center">

**PLAINTIFF'S SURREPLY IN FURTHER OPPOSITION TO
DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING
PLAINTIFF'S NOTICE OF DEPOSITION OF AHMED QUREI**

</div>

For the additional reasons set forth below, defendants' motion should be denied.

**A.**    **Defendants Are Misleading the Court About Qurei's Position in the PLO**

Defendants have submitted with their Reply the Declaration of Yasser Abed Rabbo, the Secretary General of the PLO. *See* DE 367 at Exhibit 1.

Abed Rabbo claims in his declaration that since Qurei's appointment to the PLO Executive Committee on August 27, 2009:

> The PLO Executive Committee has not delegated to Mr. Qurei any sole, executive or individual responsibilities to act on behalf of the PLO or the PLO Executive Committee, and Mr. Qurei does not have any other individual or executive responsibility within the PLO.

DE 367, Exhibit 1 at ¶ 6.

Defendants expressly rely on this assertion by Abed Rabbo in further support of their claim that Qurei is not an officer or director of the PLO. *See* DE 367 at 3.

<div align="center">

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

</div>

Unfortunately, **this assertion by Abed Rabbo and the defendants is blatantly false**. The fact is that at a meeting of the PLO Executive Committee on September 10, 2009, the Executive Committee appointed Ahmed Qurei in charge of the "**Jerusalem Affairs portfolio**" in the PLO. *See* Declaration of Marwan Abdel-Rahman, Exhibit A, at ¶¶ 1-3, Appendices 1 and 3.

Since then, numerous reports – including reports published by the official news agencies of the PA and PLO – have described Ahmed Qurei as being "**the head of the Jerusalem Affairs Department**" of the PLO and/or as being in charge of the "**Jerusalem portfolio**" in the PLO. *See* Exhibit A at ¶¶ 4-7.[1]

Clearly, then, Abed Rabbo's claim – upon which defendants' Reply relies – that Qurei has not been granted any special office within the PLO is patently untrue.

A person, like Qurei, who is the head of a department or in charge of a portfolio in an organization is *per se* an officer of that organization.

That is especially the case where, as here, the department or portfolio at issue is extremely important to the organization.

The importance of Jerusalem to the PLO cannot be overstated. The PLO asserts on its website that: "For centuries, Jerusalem has been the geographical, political, administrative and spiritual center of Palestine." Exhibit B at 1.[2]

Moreover, the PLO further explains its position in respect to Jerusalem as follows:

> Israel has no right to any part of East Jerusalem. **It is part of the territory over which the indigenous Palestinian population shall exercise sovereignty upon Israeli withdrawal**.

---

[1]     In order to avoid the delay in the filing of this Surreply that would have been created by translating all six Arabic-language articles relating to Qurei's appointment, Exhibit A includes one full translation and relevant excerpted translations from five other Arabic reports.

[2]     Available at

http://www.nad-plo.org/inner.php?view=nego_permanent_jerusalem_howjerusalemp

- 2 -

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

> In conformity with international law and as stated in the Declaration of Principles on Interim Self-Government Arrangements [i.e. the Oslo Accords], **all of Jerusalem (and not merely East Jerusalem) is the subject of permanent status negotiations**.

Exhibit B at 3 (emphasis added).

Thus, Jerusalem is an absolutely critical issue for the PLO, and the fact that Qurei is the "the head of the Jerusalem Affairs Department" or the "Jerusalem Affairs portfolio" in the PLO leaves no doubt that he is an ***officer*** (and not just a director) of the PLO.

Furthermore, while it is common to speak of organizations and corporations having "control" over their officers for purposes of Rule 30 and Rule 37, these entities obviously have no ability to actually **force** an officer to appear for a deposition. The only "control" organizations and corporations have over their officers is the sanction of dismissal from their position. Since the PLO can remove Qurei from his position as the head of the Jerusalem Affairs department/portfolio (and from the Executive Committee) if he refuses to appear for his deposition, the PLO has the very same control over Qurei as any corporation has over its officers.

Defendants will likely attempt to respond to this Surreply by filing more self-serving declarations claiming that that the responsibilities of Qurei's position do not render him a PLO officer. Since the defendants have intentionally misled the Court about the very fact that Qurei holds this position, the Court should give no credit whatsoever to any such claims.[3]

---

[3]    This is not the first time that defendants have submitted a false declaration to a federal court. In the *Ungar* case defendants submitted a declaration by the head of the PLO Mission in the U.S., Mr. Abdel Rahman, in which he swore under penalty of perjury that the PA had no representative in the U.S.. The court later found on the basis of "overwhelming" evidence that Abdel Rahman ***himself*** was the Chief Representative of the PA in the United States and had so represented himself to the Treasury Department, to the Senate and in his biography. *See Ungar v. PA*, 325 F. Supp. 2d 15, 56-59 (D.R.I. 2004) (describing defendants' attempt to deceive the court and the "apparent falsity of Mr. Abdel Rahman's declaration").

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

**B.**     **Qurei May Well Appear, Despite What He Allegedly Told Abed Rabbo**

Abed Rabbo's declaration also repeats the account conveyed by defendants' counsel regarding Qurei's alleged refusal to appear – i.e. that Abed Rabbo directed Qurei to appear for a deposition but that the latter stated that he would refuse to do so. DE 367, Exhibit 1 at ¶ 8.

Even assuming this exchange actually took place (an assumption requiring a leap of faith, in light of Abed Rabbo's misrepresentation regarding Qurei's position in the PLO), the Court should reject it as meaningless because Abed Rabbo does not claim that he advised Qurei that his refusal to appear might have ramifications for the PLO in this litigation, nor does he claim that he cautioned Qurei that if he failed to comply the PLO would dismiss him from his position as the head of the Jerusalem Affairs department/portfolio in the PLO or the Executive Committee.

It is extremely difficult to believe that Qurei would refuse to appear knowing that that refusal could harm the PLO and cost him his position in the PLO.

Therefore, the issue of Qurei's refusal to appear can and should be examined only **after** the Court orders his appearance and **after** Qurei actually refuses to appear. The appropriate time and place for such an examination would be in the context of a motion for sanctions – if such a motion ever becomes necessary (which plaintiff believes is unlikely, because Qurei and the defendants are bluffing).

**C.**     **The Nashashibi and Karadsheh Declarations Increase, Not Decrease, Qurei's Importance as a Witness**

Plaintiff has asserted that Qurei has crucial information regarding Fatah's use of the funds it receives from the defendants not only because he has been in charge of Fatah finances since 1989 until today, but also because he personally held and managed Fatah funds in a bank account listed in his own name. *See* Tr. 10/14/09 at 21; DE 364 at 7, and at Exhibits C and D.

In response to this argument, defendants have submitted with their Reply declarations from Mohammed Nashashibi, who is the head of the Palestine National Fund ("PNF") (the PLO's financial arm) and from Steve Karadsheh, who is the PNF's accountant.

Nashashibi and Karadsheh assert in their declarations that between October 1, 2000 and the date of the attack on plaintiff (February 18, 2002) the PNF made no transfers (larger than

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

$250) to the Fatah account held in Qurei's name – except for salary and ordinary expense payments. *See* DE 367 at Exhibit 2 at ¶¶ 8, 11 and Exhibit 3 at ¶¶ 9, 13.

On the basis of these declarations, the defendants assert that "there were no unusual transfers" from the PLO to the Fatah account in Qurei's name and that therefore "[a]ny knowledge Mr. Qurei may have about transfers between those accounts is thus unconnected to whether the PLO funded the attack at issue." DE 367 at 6.

With all due respect, this argument is absurd. Nashashibi and Karadsheh do not state that that the PLO/PNF did not transfer funds to the Fatah account held in Qurei's name during the relevant period, but rather that all such transfers were for salary and ordinary expense payments. However, as this Court has correctly pointed out:

> [T]errorists don't say, "Write me a check so I can go, you know, and kill some Jews,"… and that somebody writes on the bottom of the check … "Here is your down payment on killing Israelis." It is not done in that way. I mean, you know, terrorist organizations, when they get funded, I am sure that they would go through some kind of convoluted process and not take a check from, you know, some official of the PLO or the P.A. and have written on it, "this is for, you know, terrorists expenses."

Tr. 8/25/09 at 40.

Thus, the fact that the transfers made by the PLO to the Fatah/Qurei account during the relevant period are (purportedly) listed on the PLO/PNA's books merely as payments for "salaries" and "ordinary expenses" is irrelevant to the **actual use** that was made of these funds.

Indeed, precisely because the PLO/PNA's books do not – **and would *never*** – state that payments were made to Fatah for terrorist activities, Qurei's testimony is absolutely crucial.

Since Qurei holds Fatah funds in an account titled in his name and has been in charge of Fatah finances since 1989, Qurei surely knows about the **actual use** Fatah made of the funds provided by the defendants – i.e. whether those funds were used for Al-Aksa Brigades terrorist activities in general and/or for the activities of the specific cell that injured the plaintiff.

Accordingly, the Nashashibi and Karadsheh declarations serve only to highlight the critical importance of Qurei's testimony in this case.

- 5 -

**D.       Defendants' Admission That Qurei Is a PLO Director Dooms Their Motion**

In their opening motion papers the defendants claimed that as an unincorporated association, the PLO perforce has no officers or directors. DE 360 at 9-11 ("Because the PLO is not a corporation, Mr. Qurei is obviously neither an 'officer' nor 'director' of the PLO").

In their Reply, defendants abandon this argument, and admit that Qurei is a director of the PLO. DE 367 at 3 ("[H]is role could be analogized to membership on a corporate board of directors."). This admission is sufficient to doom their motion, because an organizational defendant must produce its directors for deposition. *Deines v. Vermeer Mfg. Co.*, 133 F.R.D. 46, 49 (D. Kan. 1990) ("[T]he deposition of a corporate party may be taken of a director named in the notice given to the corporation. The director need not be personally subpoenaed, and the corporation must produce the director or risk the imposition of sanctions under Rule 37."); *See also Less v. Taber Instrument Corp.*, 53 F.R.D. 645, 646 (W.D.N.Y. 1971) ("[T]he deposition of a corporate party may be taken from a director named in the notice given to the corporation.").[4]

Indeed, the same rule applies even to a non-party organizational defendant. *Id*. ("The Rules do not suggest that a different principle applies to discovery from a party corporation than applies to discovery from a non-party corporation.")

**WHEREFORE**, defendants' motion should be denied.

---

[4]           Moreover, as discussed *supra*, Qurei is also an ***officer*** of the PLO.

- 6 -

Dated: November 11, 2009

Respectfully submitted,

**JAROSLAWICZ LAW OFFICES**

By:  s/: Isaac M. Jaroslawicz
Isaac M. Jaroslawicz, Esq.
Florida Bar No. 979510
E-mail address: Isaac@MyLawyerIsaac.com
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone: 305.398.7739
Facsimile: 786.206.3575

Attorneys for Plaintiff Moshe Saperstein,

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 11, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/: Isaac M. Jaroslawicz</u>
Isaac M. Jaroslawicz, Esq.
Florida Bar No. 979510
E-mail address: Isaac@MyLawyerIsaac.com
**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone: 305.398.7739
Facsimile: 786.206.3575

Jaroslawicz Law Offices
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

## SERVICE LIST

**Saperstein v. The Palestinian Authority**
**CASE NO.:  04-20225-CIV-SEITZ/O'SULLIVAN**
**United States District Court, Southern District of Florida**

**Ramsey Clark, Esq.**
**Lawrence W. Schilling, Esq.**
Ramsey Clark & Lawrence W. Schilling
37 W 12th Street, Suite 2B
New York, NY 10011
Tel: 212-989-6613; Fax: 212-979-1583
*Attorneys for Defendants*

**Mark J. Rochon, Esq.**
Email: mrochon@milchev.com
**Richard A. Hibey, Esq.**
Email: rhibey@milchev.com
**Timothy P. O'Toole, Esq.**
Email: totoole@milchev.com
**Lamia R. Matta, Esq.**
Email: lmatta@milchev.com
**Charles F.B. McAleer Jr., Esq.**
Email: cmcaleer@milchev.com
**Brian Hill, Esq.**
Email: bhill@milchev.com
Miller & Chevalier Chartered
655 15th Street NW, Suite 900
Washington, DC 20005-6701
Tel: 202-626-5800; Fax: 202-626-5801
*Attorneys for Defendants*

**Gary A. Woodfield, Esq.**
Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Suite 400
West Palm Beach, FL 33401-4309
Tel: 561-833-7700; Fax: 561-655-8719
Email: gwoodfield@eapdlaw.com
*Attorneys for Defendants*

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

Exhibit "A"

## DECLARATION OF MARWAN ABDEL-RAHMAN

I, Marwan Abdel-Rahman, of 123 Lincoln Street, Jersey City, New Jersey, DECLARE PURSUANT TO 28 U.S.C. §1746, AS FOLLOWS:

1. I am completely fluent in Arabic and English, and I am capable of translating accurately between those languages. I have been employed as a professional Arabic-English translator and interpreter for over twelve years.

2. The English-language document attached hereto as Appendix 1 is an accurate translation of an Arabic-language article dated September 12, 2009, which appears on the website of the Palestinian news agency Ma'an at the address http://www.maannews.net/arb/ViewDetails.aspx?ID=225171&MARK=القدس20%قرية, a true copy of which is attached hereto as Appendix 2.

3. An Arabic-language article dated September 11, 2009 that appears on the website of the Palestinian daily newspaper Al-Quds reported that at a meeting of the Executive Committee of the PLO, Ahmed Qurei had been placed "in charge of the Jerusalem Affairs portfolio, in cooperation with a committee comprised of several Executive Committee members." A true copy of that article, downloaded from http://web.alquds.com/print/193669, is attached hereto as Appendix 3.

4. Ahmed Qurei is described as being "in charge of the Jerusalem portfolio in the Palestine Liberation Organization" in an Arabic-language report dated October 12, 2009, that appears on the website of the official PA/PLO news agency "Wafa." A true copy of that report, downloaded from http://www1.wafa.ps/arabic/index.php?action=detail&id=52870, is attached hereto as Appendix 4.

5.      Ahmed Qurei is described as being a "member of the Executive Committee of the Palestine Liberation Organization [and the] head of the Jerusalem Affairs Department" in an Arabic-language report dated October 25, 2009, that appears on the website of the official PA/PLO news agency "Wafa." A true copy of that report, downloaded from http://www1.wafa.ps/arabic/index.php?action=detail&id=54189, is attached hereto as Appendix 5.

6.      Ahmed Qurei is described as being a member of the Executive Committee of the PLO and "the head of the Jerusalem Affairs Department," in an Arabic-language article dated October 26, 2009 that appears on the website of the Palestinian daily newspaper Al-Hayat Al-Jedida. A true copy of that article, downloaded from http://www.alhayat-j.com/details.php?opt=3&id=98006&cid=1628#, is attached hereto as Appendix 6.

7.      Ahmed Qurei is described as being "in charge of the Jerusalem Portfolio in the Executive Committee of the Palestine Liberation Organization" in an Arabic-language article dated November 1, 2009 that appears on the website of the Palestine Media Center (which identifies itself as being part of the General Secretariat of the Palestine Liberation Organization). A true copy of that article, downloaded from http://www.palestine-pmc.com/arabic/inside1.asp?cat=2&opt=1&x=7572, is attached hereto as Appendix 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2009

11/09/09

_____
Marwan Abdel-Rahman

# Appendix 1

MA'AN News Agency

**Abu Mazen Head of the Organization's Political Department
Instead of Farouq al-Qaddoumi**

Published Friday 9/11/2009 – Last update 9/12/2009 at 11:15

Ramallah, MA'AN- In a prolonged meeting headed by Abu Mazen yesterday evening, Thursday September 10, the Executive Committee successfully approved the distribution of tasks within the Committee. New departments have been created.

Sources reported that President Mahmoud Abbas, the head of the Palestinian National Authority and the head of the Fatah Movement, will be in charge of the Political Department within the Palestine Liberation Organization instead of Farouq al-Qaddoumi, as agreed upon by the members of the Executive Committee during its last meeting.

The sources added that the Committee has confirmed Yasser Abed Rabbo as the Committee Secretary, Saeb Ereqat as the Chief Negotiator and Ahmed Qurei as in charge of the Jerusalem Affairs portfolio, in cooperation with a committee comprised of several Executive Committee members. Mohammed Zuhdi al-Nashashibi is to remain in charge of the Palestinian National Fund, Zakaria al-Agha in charge of the Refugees' Department while Abdul Rahim Mallouh is to head the Department of Arab Relations (which is a new department), Hanna Emaira is to be in charge of the Social Affairs Department and Tayseer Khalid is to run the Department of Expatriates' Affairs.

According to the same sources, Hanan Ashrawi will head the Culture and Media Department, Salih Raafat the Military Department, Ghassan el-Shak'a the International Relations Department, Mahmoud Ismail the Popular Organization Department, Riyad al-Khudari the Higher Education Department and Ali Is'haq the Youth and Sports Department.

The sources indicated that Asaad Abdul-Rahman will be in charge of the Palestinian Research Center, which is to be rebuilt, while Ahmed Majdalani will head the Palestinian Planning Center.

The sources reported that the Executive Committee has decided to invite Salam Fayyad to attend, on a permanent basis, the meetings of Organization's Executive Committee in order to provide positions and tasks integration between the Government and the Organization.

The sources reported that the Palestinian Liberation Organization Executive Committee has decided to appoint Jamil Shehadeh, the Secretary General of the "Palestinian Arab Front" and Wassel Abu Yousef, the Secretary General of the "Palestinian Liberation Front" as observers who are to participate in the Executive Committee work.

It is noteworthy that news has lately circulated in Ramallah that Tunisia has instructed Farouq al-Qaddoumi to not participate in conferences or media interviews which could provoke the Palestinian leadership. The same sources said that Jordan has followed in Tunisia's footsteps. However, this news was not confirmed by any official source while Farouq al-Qaddoumi was reported to have said, "…not every statement attributed to me necessarily expresses my thoughts."

# Appendix 2



عبرية / ENGLISH | اتصل بنا | أعلن معنا | خدمات الموقع | من نحن

التلاتاء 2009/11/03   الساعة: 16:44 (بتوقيت القدس)

الرئيسية | المحافظات | أخبار | اقتصاد | أسرى | تقافة | رياضة | أقلام وآراء | ترجمة

بحث متقدم   بحث   ابحث هنا

**أهـم الأخبـار : عضو قيادي في الحرب الحاكم بمصر يطالب بمصادرة أموال الاخوان ا**


Your Success is Our Business

### ابو مازن رئيسا للدائرة السياسية للمنظمة بدل فاروق القدومي

نشر الجمعة 2009/09/11 (آخر تحديث) 2009/09/12 الساعة 11:15



القدومي

رام الله - معا - توقفت اللجنة التنفيذية مساء أمس الخميس 10 ايلول في اجتماع مطول عقدته برئاسة ابو مازن على توزيع المهام في إطار اللجنة، فيما تم استحداث دوائر جديدة.

ونقلت مصادر أن الرئيس محمود عباس رئيس السلطة الوطنية ورئيس حركة فتح سيتولى الدائرة السياسية لـ"منظمة التحرير الفلسطينية" بالتوافق بين أعضاء اللجنة التنفيذية في اجتماعها الأخير بدلا من فاروق القدومي.

وأضافت أن اللجنة التنفيذية ثبتت ياسر عبد ربه أمينًا لسر اللجنة، وصائب عريقات رئيسًا لدائرة شؤون المفاوضات، وأحمد قريع مسؤولاً عن ملف شؤون القدس بالتعاون مع لجنة تضم عددًا من أعضاء اللجنة التنفيذية، والإبقاء على محمد زهدي النشاشيبي مسؤولاً عن الصندوق القومي الفلسطيني، وزكريا الآغا مسؤولاً عن دائرة اللاجئين، فيما تولى عبد الرحيم ملوح دائرة العلاقات العربية (وهي دائرة مستحدثة)، وحنا عميرة دائرة الشؤون الاجتماعية، ونيسير خالد دائرة شؤون المغتربين.

وبحسب ذات المصادر، ستتولى حنان عشراوي دائرة الثقافة والإعلام، وصالح رأفت الدائرة العسكرية، وعساف الشكعه دائرة العلاقات الدولية، ومحمود إسماعيل دائرة التنظيم الشعبي، ورياض الخضري دائرة التربية والتعليم العالي، وعلى إسحاق دائرة الشباب والرياضة.

وأشارت المصادر إلى أن أسعد عبد الرحمن سيتولى مركز الأبحاث الفلسطيني الذي سيعاد إنشاؤه، ويتولى أحمد مجدلاني مركز التخطيط الفلسطيني.

وذكرت المصادر أن اللجنة التنفيذية قررت دعوة فياض للحضور بشكل دائم في اجتماعات اللجنة التنفيذية للمنظمة، لتوفير التكامل في المواقف والمهام بين الحكومة وبين المنظمة.

وذكرت المصادر أن اللجنة التنفيذية لمنظمة التحرير قررت تسمية جميل شحادة أمين عام "الجبهة العربية الفلسطينية"، وواصل أبو يوسف أمين عام "جبهة التحرير الفلسطينية" مراقبين يشاركان في أعمال اللجنة التنفيذية.

هذا وراجت من قبل ايام انباء في رام الله ان تونس اشترطت على فاروق القدومي عدم الخروج في مؤتمرات او لقاءات صحافية اعلامية تستفز القيادة الفلسطينية، كما قالت ذات المصادر ان الاردن حذت تونس، الا انه اية جهة رسمية لم تؤكد هذه الانباء، بينما نقل عن لسان القدومي قوله ( ليس كل ما يصدر على لساني يعبر بالضرورة عن افكاري ).

**اقـرأ أيضا**

• وفد دبلوماسي سويدي يزور مقر وكالة "معا"

• حمـاس: ســنلاحق مـن يحـاول تطبيـق الانتخابات غير كافة الوسائل

• مصرع شابين في غزة بكافة الوسائل سير شرق قلقيلية

• هل يقدم محافظ الخليل ناجر مواد غذائية للقضاة العسكرية؟؟

• السـلطة تعتـبر توضيـح كلينتـون حـول الاستيطان غير كاف لاستئناف المفاوضات

• وزارة العدل توقع اتفاقية تعاون مع برنامج الأمم المتحدة الإنمائي

• انخفاض عدد اصابات حوادث السير خلال اكتوبر الماضي







■ التعليقات ...

::: التعليقات غير مفعلة :::

جميع الحقوق محفوظة لـ وكالة معا الاخبارية © 2009-2005

من نحن  |  خدمات الموقع  |  موقع الصور  |  أعلن معنا  |  اتصل بنا

Developed by: Haitham Mousa

# Appendix 3



AL-QUDS
القُدس

أخبار عاجلة | خارط | حوارج | قطاع غزة | بيت لحم | أريحا | قلقيلية | طولكرم | جنين | الخليل | نابلس | رام الله | القدس

09 تشرين الثاني 2009   القُدس  عودة في إسرائيل ولا إصابن  القُدس  الجيش الإسرائيلي يعتقل 14 فلسطينيا في الضفة العربية  القُدس  وزير عراقي يرجح عقد اجتماع اللجنة العراقية الكويتية المشتركة قريبا  القُدس

ACPC: 0.31 ⬆ (0.00%)   AHC: 0.72 ▲ (4.35%)   AIB: 1.27 ▼ (1.55%)   AIE: 0.36 ⬆ (0.00%)   AIG: 0.89 ⬆ (4.71%)   AMB: 0.
Dow Jones Industr: 10023.40   NASDAQ Composite: 2112.44   FTSE 100: 5201.80   ^CASE30: 0.00   USD to EUR: 0.67 ⬆   USE

◄ عودة

## الرئيس عباس يتولى الدائرة السياسية في منظمة التحرير بعد تنحية القدومي

الجمعة سبت 2009 11

رام الله – القُدس – ف د ب – ١ – قالت مصادر فلسطينية اليوم الجمعة إن الرئيس الفلسطيني محمود عباس سيتولى الدائرة السياسية لمنظمة التحرير الفلسطينية إثر توافق في اجتماع اللجنة التنفيذية. وذكرت المصادر أن اللجنة التنفيذية توافقت مساء أمس في اجتماع معقول عقدته برئاسة عباس على توزيع المهام في إطار التنفيذية، فيما تم استحداث دوائر جديدة ، حيث برز تولي الرئيس مباشرة الدائرة السياسية بمنظمة التحرير بعد أن كانت سابقا من مهمات فاروق القدومي الذي لن يتولى مهاما جديدة.

جاء هذا القرار ليعزز توجه عزل القدومي من حركة "فتح" ومنظمة التحرير إثر خلافه الحاد الأخير مع عباس على اتهامه للأخير بالتواطؤ مع إسرائيل لاغتيال الرئيس الفلسطيني السابق ياسر عرفات، وسيبقى القدومي الذي يقيم في تونس ويعارض اتفاق "أوسلو" عضوا في اللجنة التنفيذية من دون حضور اجتماعاتها التي تعقد في رام الله.

وأشارت المصادر إلى أن اللجنة التنفيذية ثبتت ياسر عبد ربه أمينا لسر اللجنة وصائب عريقات مسؤولا عن دائرة شؤون المفاوضات وأحمد قريع مسؤولا عن ملف شؤون القدس بالتعاون مع لجنة تضم عددا من أعضاءاللجنة التنفيذية. وأضافت أن اللجنة قررت الإبقاء على محمد زهدي النشاشيبي مسؤولا عن الصندوق القومي الفلسطيني وزكريا الآغا مسؤولا عن دائرة اللاجئين، فيما يتولى عبد الرحيم ملوح دائرة العلاقات العربية وحنا عميرة دائرة الشؤون الاجتماعية ويسير خالد دائرة شؤون المغتربين.

كما ستتولى حنان عشراوي دائرة الثقافة والإعلام وصلاح رأفت الدائرة العسكرية وغسان الشكعة دائرة العلاقات الدولية ومحمود اسماعيل دائرة التنظيم الشعبي ورياض الخضري دائرة التربية والتعليم العالي وعلي اسحق دائرة الشباب والرياضة.

وأشارت المصادر إلى أن أسعد عبد الرحمن سيتولى مركز الأبحاث الفلسطيني الذي سيعاد إنشاؤه، ويتولى احمد مجدلاني مركز التخطيط.

وفقا للمصادر ذاتها ، قررت اللجنة التنفيذية دعوة رئيس الوزراء سلام الوزراء إلى اجتماعات اللجنة التنفيذية لمنظمة التحرير لتوفير التكامل في المواقف والمهام بين حكومة السلطة وبين المنظمة.

وذكرت المصادر أن اللجنة التنفيذية استقطبت التحرير قررت تسمية جميل شحادة وواصل أبو يوسف مراقبين يشاركان في أعمال اللجنة التنفيذية. يذكر أن المجلس الوطني الفلسطيني عقد أخيرا اجتماعا خاصا لملء الفراغ في عضوية اللجنة التنفيذية إثر وفاة ستة من أعضائها.

الرئيس محمود عباس

## هلا فتح والله في الإصلاحات الجديده ( حرامية)

في سبتمبر 11th, 2009   هلا والله ابو مازن (لم يتم التحقق):

يعني بجاية الله وين الاصلاحات يلي عملتها حركة فتح يعني الحرامية تفسهم تقسيم يمن زانوهم سلطة وتشب اخر زانوهم على المكشوف يعني كافي تلكونوا على هضمهم المسكين وكفونا يا فتح يا حماس وسلام وسلام ليش تلكونوا؟ علينا يا جماعة ابو مازن وتشاتم يعرفو هذه الحمان امنا او لاي سلام ولا دولة لا خلاء ولا يعد مليون سنة الهمود ما راح يعطوك شير ولا حتى اصبح تقط عليه قا ابو مازن وتشاب عليه قا ابو مازن وشكله الحمان تعرفون عارفين هذه الحكي بس هم مستفيدين عم يعم مصاري في البنوك ويتاجرو بدما على حساب ارواحنا وارضنا وعرضنا نه نه ننظر يا حرامية تهودو يسناوي على السلطة الفلسطينية وعلى رأسهم ابو مازن وستو ومن وتحت تلهم جواسيس على اعلى مستوى يسلا مستوى يسلا سلام ستر على سلامهم يا سلام والله يعوض على العرب والمسلمين في فلسطين وعطيل باقي الدول العربية وشكرا.

## هل ترغب بالتعليق على الموضوع ؟

الاسم: زائر
[                    ]

بريد إلكتروني:
[                    ]
محتويات هذا الحقل سرية ولن تظهر للآخرين.

الموضوع:
[                    ]

نص التعليق: *
[                                        ]

تتحول مسارات مواقع وب و عناوين البريد الإلكتروني إلى روابط آليا.
<Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd
تفصل السطور و الفقرات تلقائيا.
معلومات أكثر عن خيارات التنسيق

[ معاينة التعليق ]   [ إرسال ]

# Appendix 4

.:. اتصل بنا
.:. عن وفــا
.:. البريد

وكالة الإنباء والمعلومات الفلسطينية
PALESTINE NEWS & INFORMATION AGENCY

الاثنين 9-نوفمبر/تشرين الثاني-2009

Eng .:. Fra .:. Heb

الرئيسية
أخبار الامن
أخبار اليوم
رئاســـة
رئاسة الوزراء
التشريعي
سياسة
محلي
عربي ودولي
شؤون اسرائيلية
شؤون المرأة
الأسرى
اقتصاد
رياضـــة
ثقافة
تقاريـر
تحليل سياسي
تحليل قانوني
سوق فلسطين المالي
منوعات
جاليات
الارشيف

**أبو علاء: هدم منازل المقدسيين يجعل من أي حديث عن السلام هرطقة سياسية**

التاريخ : 2009/10/12  الوقت : 21:04

القدس 12-10-2009 وفا-حذر أحمد قريع (أبو علاء)، عضو اللجنة التنفيذية، مسؤول ملف القــدس فــي منظمـــة التحرير الفلسطينية، اليوم، من مخاطر ما تقوم به إسرائيل على الأرض من ممارسات وإجراءات أصــبحت واضــحة لكل من يرى أو يسمع أنها تستهدف مدينة القدس وأسرلتها وتهويدها وعزلها وتهجير سكانها.

وأضاف، في بيان له، أن ما قامت به إسرائيل اليوم من هدم منازل في بيت حنينا وحي الأشقرية بالقدس، هو حلقة في سلسلة الحلقات التي تقوم بها إسرائيل كل يوم لتدمير حياة المقدسيين وتهجيرهم، وأن هذه الأعمال الإجرامية التي تقوم بها إسرائيل في القدس ومحيطها لا تحتمل السكوت عنها، بل يجب أن يرى العالم ويسمع عن هذه الإجراءات من خلال المنابر العربية والإسلامية والدولية.

وأكد أبو علاء أن السكوت ومرور الزمن لن يفيد إلا إسرائيل بإعطائها مزيدا من الوقت لاستكمال إجـــراءات تهويــد المدينة، مهينا بالعالمين العربي والإسلامي، والمجتمع الدولي، بالتوقف أمام هذه الإجراءات التي تجعل من أي حديــث عن السلام مجرد هرطقة سياسية.

—

و.أ (21.04ف)،(19.04جمت)

Palestine News & Information Agency - WAFA. All Rights Reserved ©2009

◄ 11 ►  Reset  Search

# Appendix 5



.:. اتصل بنا
.:. عن وفــا
.:. البريد

وكالة الأنبا. والمعلومات الفلسطينية
PALESTINE NEWS & INFORMATION AGENCY

الاثنين 9-نوفمبر/تشرين الثاني-2009

Eng .:. Fra .:. Heb

الرئيسية
أخبار الامس
أخبار اليوم
رئاســـــة
رئاسة الوزراء
التشريعي
سياسة
محلي
عربي ودولي
شؤون اسرائيلية
شؤون المرأة
الأسرى
اقتصاد
رياضـــة
ثقافة
تقارير
تحليل سياسي
تحليل قانوني
سوق فلسطين المالي
منوعات
جاليات
الارشيف

### أبو علاء: القدس في خطر حقيقي والأقصى في عين العاصفة

التاريخ: 2009/10/25  الوقت: 21:28

القدس 25-10-2009 وفا- قال أحمد قريع (أبو علاء) عضو اللجنة التنفيذية لمنظمة التحرير الفلسطينية رئيس دائرة شؤون القدس، تعقيباً على العدوان الإسرائيلي على القدس والمسجد الأقصى المبارك، إن القدس فـي خطــر حقيقــي، والأقصى في عين العاصفة، مضيفاً أن هذا العدوان المستمر والمتواصل مبرمج ومخطط له.

وطالب أبو علاء، في بيان له اليوم، بالدعوة العاجلة للوقوف في وجه هذا العدوان والعمل الجــاد والصــادق لتعزيــز الوحدة الوطنية وإنهاء الانقسام وللوقوف صفاً واحداً في وجه هذا العدوان.

وتوجه بالتحية إلى أبناء شعبنا المرابطين الصامدين في المسجد الأقصى، الذين نفروا إلى مسرى النبي محمد صلى الله عليه وسلم، دفاعاً عن الأقصى والقدس ومقدساتها، معلنا ً دق ناقوس الخطر، ووضع الجميع أمــام مســؤولياته تجــاه القدس، من فلسطينيين وعرب، من مسلمين ومسيحيين وأصدقاء، لنقول لهم جميعا أن القدس في خطــر حقيقــي وأن الأقصى في عين العاصفة أمام هذه العدوان السافر من غلاة المتطرفين اليهود ورجــال الشــرطة، لاقتحــام المســجد الأقصى والاعتداء على المصلين والمرابطين من أبناء شعبنا، ومن خلال حفر الأنفاق من تحتــه، وربــط الطرقــات المحيطة به وتغيير معالمها، والدعوة المستمرة من غلاة المتطرفين اليهود للصلاة فيه بحماية قوات الأمن الإسرائيلية".

وطالب بوضع القدس على أول سلم الأولويات وفي مركز الاهتمام الأول، وحشد كل الجهود والطاقــات والإمكانيــات لدعمها ودعم صمود أهلها دعماً حقيقياً وفعلياً للمقدسيين ولمؤسساتهم الدينية والاقتصــادية والاجتماعيــة، وأن تُظـل القدس والمسجد الأقصى وما يتهددها هي القضية الجامعة لوحدتنا، الموحدة لكلمتنا وموقفنــا ومواقفنــا وجهودنــا"، موضحــاً أن الظروف والبرامج والمخططات الإسرائيلية تجاه القدس ومقدساتها تضعها في مركز الخطر الحقيقي والفعلي.

—

و.أ (21.27ف)،(19.27جمت)

**Palestine News & Information Agency - WAFA. All Rights Reserved ©2009**

◄[11]►  Reset   Search

# Appendix 6





الحياة المحلية

الاثنين 26 تشرين الأول ( 7 ذي القعدة)
العدد 5024 2009

▶ الأولـــــى
▶ الحياة المحلية
▶ أفلام
▶ الحياة الاقتصادية
▶ الحياة الرياضية
▶ اسرائيليـات
▶ كاريكاتير
▶ منوعـــات
▶ الحياة الثقافية
▶ الحياة الجديدة
▶ اتصـــل بنا

## أبو علاء: القدس في خطر حقيقي والأقصى في عين العاصفة

رام الله – الحياة الجديدة – قال أحمد قريع (أبو علاء) عضو اللجنة التنفيذية لمنظمة التحرير رئيـس دائـرة شؤون القدس ان العدوان على الاقصى مبرمج ومتواصل اسرائيليا ودعا للوقوف في و جه هـذا العـدوان والعمل الجاد والصادق لتعزيز الوحدة الوطنية وانهاء الانقسام والوقوف صفاً واحداً في وجه هـذا العـدوان.

وتوجه أبو علاء بالتحية الى أبناء شعبنا المرابطين الصامدين في المسجد الأقصى، الذين نفروا الى مسـرى النبي محمد صلى الله عليه وسلم، دفاعاً عن الأقصى والقدس ومقدساتها، معلناً دق ناقوس الخطـر، ورو ضع الجميع امام مسؤولياته تجاه القدس، من فلسطينيين وعرب، من مسلمين ومسيحيين وأصدقاء، لنقول لهم جميعا أن القدس في خطر حقيقي وأن الأقصى في عين العاصفة أمام هذه العدوان السافر من غلاة المتطرفين اليهود ورجال الشرطة، لاقتحام المسجد الأقصى والاعتداء على المصلين والمرابطين من أبناء شعبنا، ومن   خلال حفر الأنفاق من تحته، وربط الطرقات المحيطة به وتغيير معالمها، والدعوة المستمرة من غلاة المتطرفة ين اليهود للصلاة فيه بحماية قوات الأمن الاسرائيلية.

وطالب أبوعلاء بوضع القدس على اول سلم الأولويات وفي مركز الاهت مام الأول، وحشـد كـل الج هود والطاقات والامكانيات لدعمها ودعم صمود أهلها دعماً حقيق ياً وفعليـاً للمقدسـيين ولمؤسسـاتهم الدينيـة والاقتصادية والاجتماعية، وبأن تظل القدس والمسجد الأقصى وما يتهددها هي القضية الجام عة لوحـدتنا، الموحدة لكلمتنا وموقفنا وجهودنا موضحاً أن الظروف والبرامج والمخط طات الا سرائيلية تجـاه القـدس ومقدساتها، تضعها في مركز الخطر الحقيقي والفعلي.



ملخص تقرير غولدستون
بالعربي

تقرير غولدستون بالانجليزي

| نص الورقة المصرية للمصالحة | |
|---|---|
| 16 | 26 |
| 15 | 25 |
| 17 | 27 |
| 15 | 25 |
| 18 | 30 |
| 15 | 25 |
| 17 | 28 |
| 17 | 28 |
| 22 | 36 |
| 18 | 26 |
| | |
| 3.780 | 3.820 |
| 5.600 | 5.660 |
| 5.320 | 5.400 |
| 0.707 | 0.709 |

تعليقــــــات حول الموضوع

| أضف تعليق | |
|---|---|
| الاسم * | |
| البريد الالكتروني * | |
| البلد * | |
| عنوان التعليق * | |
| التعليق * | |

| تفريغ الحقول | أضف تعليقك |
|---|---|

ملاحظة:الحياة الجديدة غير مسؤولة عن التعليقات وهي تعبر عن رأي الكاتب فقط

| 09 | 11 ▼ | 2009 ▼ | الأرشيف |
|---|---|---|---|

حقوق الطبع محفوظة ©2006
This site is designed by InterTech Co.

# Appendix 7



**ENGLISH**

مركز الإعلام الفلسطيني

بإشراف أمانة سر منظمة التحرير الفلسطينية

الوقت في فلسطين: 03:07:50 م، التاريخ: 2009/11/09م

| الرئيسية | أخبار | تقارير | آراء | وثائق | حول المركز | اتصل بنا |

قصص مميزة

**أخبار**

1/11/2009

العيد في غزة وجه متجدد واحياء
لا يبرحون الذاكرة..
وصلة روصة : م. ٠١.٢٠ ٨٠٦٦

**الحسيني: إعادة تشكيل لجنة القدس بهدف مساندة أهالي المدينة**



القدس ــ مركز الاعلام ووكالات: 1 /11/2009:

قال المهندس عدنان الحسيني، محافظ القدس، انه تم مؤخرا اعادة تشكيل لجنة القدس التي يترأسها رئيس الوزراء د.سلام فياض وتضم في عضويتها: المحافظ، ومسؤولا عن مؤسسة الرئاسة، واعضاء في المجلس التشريعي عن دائرة القدس وممثلين عن المجتمع المدني.

تقارير

العلاقات الدولية بالمنطقة: 5 شهداء
436 معتقل خلال اكتوبر



واشار الى ان مهمة هذه اللجنة تتمثل اساسا في التعامل مع الاحتيا جات اليوميـة للمواطنين المقدسيين وهي لا تتعارض مع عمل ومهام احمد قريع "ابو علاء"، مسؤول ملف القدس في اللجنة التنفيذية لمنظمة التحرير.

حصاد 9 سنوات من الانتفاضة
7320 شهيدا بينهم 1460 طفلا
و448 من الاناث و13700 منزل مدمر
69 ألفا اعتقلوا خلال الانتفاضة الأقصى
بينهم 850 مواطنة و7800 طفل

وشدد الحسيني على اهمية اعادة فتح ملف الاملاك الفلسطينية في القدس الغربية وهي كبيرة جدا، لا سيما بعد الهجمة الاسرائيلية ا لتي ت ستهدف المممتلكات الفلسطينية في القدس الشرقية، مشيرا الى ان الحكومة الاسرائيلية تسعى من خلال ادواتها والجمعيات الاستيطانية الى تقليص نسبة الفلسطينيين الى 12% من اجمالي عدد سكان القدس بشطريها الشرقي والغربي علــما أن نسبتهم الآن تصل الى 35 %.

نافذة ثقافية



إذ قال يوسف: 'دائرة الغرق في
المرايا والعشق في زمن الذئب'
ف.ه.م. م م ١٥٩. من م. ٢.و.٥.٤.٥.

واضاف: المعركة الآن في كل بيت وفي كل غرفة ان النتائج ا لتي يد صل عليها الاسرائيليون ليست كبيرة فصمود المقدسيين كبير ولكن لا ي جب ترك هم وحيدين في هذه المعركة.

آراء

الدور المتبقي في حصار طروادة هو دور
الحصان
غسان زقطان

وكان الحسيني وصف خلال لقاء نظمه نادي الصحافيين في القدس،امس، اللجنة التي اعيد تشكيلها مؤخرا بأنها لجنة طوارئ، وقال: هذه اللجنة مهمتهـا م ساعدة اهالي القدس وتعزيز صمودهم ومعالجة قضاياهم ومشاكلهم اليوم ية ونحـن لا نعتبرها جسما جديدا.

موقف تاريخي للرئيس أبو مازن
علي الخليلي

اثنا عشر كوكبا؟!
حسن البطل



واضاف: لا تناقض بين عمل هذه اللجنة وبين عمل احمد قريع "ابو عـلاء"، مسؤول ملف القدس في اللجنة التنفيذية لـمنظمة التحرير، حيث تختـص منظمـة التحرير بوضع ورسم السياسات ومتابعة قضية القدس سياسيا".

اشترك في قائمة البريد الإلكتروني

○ اشترك
○ إلغاء الاشتراك

واكد الحسيني ان معركة القدس بدأت على كل الجبهات، لا سيما في ظــل عما ية السلام المتعثرة، وقال: "لا يوجد اهتمام او اكتراث اسرائيلي بعملية السلام و هذا ما يقولونه بالسنتهم ونراه في اعمالهم وبالتالي فإن آمال الحل السيا سي اصـبحت بعيدة المنال".



إرسال

وشدد على ان "القدس تشهد معركة صمود هائلة نحن نفخر بها وانا لا اوافق من يقولون ان معركة القدس قد انتهت، توجد معركة صعبة جدا واسرائيل تحشد كــل قواها وامكانتها من اجل استكمال السيطرة على المـدينة وانهاء الوجود الفلسطيني فيها ولكن ما شهدناه الشهر المـاضي عندما سعت الحكومة الاسرائيلية الى تغيير الوضع القائم في المـسجد الاقصى افشل المـخطط الذي ارادت اسـرائيل من خلاله مصادرة حقوق الاوقاف الاسلامية".



وقال: "كانت محاولة لاجبارنا على التسليم بالوضع الذي تحاول اسـرائيل فرضه



المركز الفلسطيني
للدراسات الإسرائيلية

ولكنها فشلت، حيث تم التصدي اولا للـمستوطنين الذين حاولوا اقتحام الـــمسجد بشكل جماعي وثانيا عندما حاولت القوات الخاصة الاسـرائيلية ترتيـب ورعايـة وتمكين الـمستوطنين من اقتحام الـمسجد بشكل جماعي ولكن الفلسطينيين افشلوا هذا الـمخطط وبقي الـمسجد الاقصى شامخا".

وتابع: "نحن نجسد صمودا اسطوريا بامكانيات متواضعة جـدا والـــمستقبل لنــا ولكننا نأمل ان تكون هناك وحدة في الـموقف الفلسطيني ووقفة عربية وا سلامية جادة ازاء ما يجري كما نأمل من الـمجتمع الدولي ان يف كر بطريقـة مختلفـة للتعامل مع اسرائيل والا فإن الـمستقبل سيحمل الكثير من الـمفاجآت و ستكون الـمنطقة مفتوحة على كل الاحتمالات".

واكد الحسيني "ان تدخل الاردن مؤخرا ساعد على وقف هجمة اسـرائيلية كبـيرة على الـمسجد الاقصى"، مشيرا الى "ان التدخل الشخصي للعاهل الاردني الـملك عبدالله الثاني ادى الى تراجع الحكومة الاسرائيلية عن تنف يذ مخطط ها باقتحـام المباني الـمسقوفة داخل الـمسجد الاقصى الـمبارك".

وشدد على ان الـمخططات الاسرائيلية الـمرمية التي تستهدف الـمسجد الاقصى "تسبب لنا القلق ونحن نخشى من تصرف بعيد عن الـمنطق وبعيد عن الحكمة".

واوضح الحسيني ان استهداف الـمسجد الاقصى يتم عبر ثلاث حلقات، الاولى هي الحفريات الجارية اسفل وفي محيط الـمسجد، والثانية تتمثـل فـي الاقتحا مات الـمتكررة للـمسجد الاقصى، والثالثة هي الحزام الاستيطاني الجاري اقامته حول القدس القديمة والـمسجد الاقصى.

وقال: "الآن هناك استهداف لحي الشيخ جراح والغرض هو اقامة حزام ا ستيطاني يمر من الجامعة العبرية و(كوبات حوليم) مرورا بالشيخ جـراح وف ندق " شبرد" وكرم الـمفتي والـمنطقة التي تقع فيها الـمنازل الـ 28 الـمستهدفة في الـ حي وكوبانية ام هارون، وذلك بهدف ربط الجامعة العبرية مع القدس الغربية وبالتالـي خلق فاصل داخل القدس الشرقية نفسها ليقولوا لنا بعد ذلك ان القدس هي بيت حنينا وشعفاط ومخيم شعفاط والعيساوية وجبل الـمكبر والسواحرة".

واكد ان هذا الـمشهد يتكرر في سلوان ورأس العامود وبلدة القدس القديمة، وقال: "الوضع الاقتصادي في القدس القديمة صعب جدا والتجار بحاجة الى ا لدعم من اجل البقاء والصمود.

واضاف: "كما تقول الامم الـمتحدة فإن هناك 60 الف مقدسي مهددون بالتـ شرد بعد هدم منازلهم كما ان الحكومة الاسرائيلية فصلت 100 الف مواطن مقدسي عن اماكن سكناهم في القدس من خلال جدار الفصل وبالتالي هم يحاولون تقليص عدد سكان العرب الى 12% من نسبة مجموع عدد سكان القدس بشـطريها الشـرقي والغربي ولكن لا اعتقد ان هذا سيكون سهلاً فـي ضـو ء تـ شبث الـــمواطنين الـمقدسيين بمدينتهم".

واشار الى ان عمليات هدم الـمنازل في القدس تتواصل في وقـت تتع مد ف يه اسرائيل حرمان الفلسطينيين من حقهم في استصدار رخص البناء، وقال: "السلطات الاسرائيلية تتعمد عدم اصدار رخص البناء وتتجاهل اقرار الـمخططات الهيكل ية وهمّ اسرائيل الوحيد هو فقط جمع الضرائب لانفاقها على الـمستوطنات".

واضاف: "الـمواطن الـمقدسي يبني على ارضه وهذا حقه اما الاحتلال فهو يبني الـمستوطنات على اراضي الـمواطنين التي يستولي عليها بالقوة".

واعتبر ان هناك اهمالا لقطاع الاسكان في القدس، و قال: " صحيح ان مجلـس الاسكان عمل ويعمل ولكن لا يمكن ان يبقى يعمل وحده فالاحتياجات كبيرة و هي جماعية وليست فردية ومن هنا فإننا نرى و وجوب ان يقوم القطاع الخاص بدوره في هذه العملية من خلال توفير مساكن بأعداد كبيرة مثلا وتنفيذ اكثر من مشروع وليس فقط مشاريع صغيرة هنا او هناك".

وحث الاوروبيين على العمل في مدينة القدس، وقال: "يجب دعم مؤسسات ال ـقدس
التي تخدم الـمواطن الـمقدسي".

---

مركز الإعلام الفلسطيني – جميع حقوق الطبع محفوظة

Exhibit "B"

**PLO** Negotiations Affairs Department

# SUMMARY

For centuries, Jerusalem has been the geographical, political, administrative and spiritual center of Palestine. The city is central to Islam, Christianity and Judaism and is known in Arabic as "Al-Quds" (The Holy City).

### 1947 UN PARTITION PLAN

When the United Nations voted to partition Palestine in 1947 against the wishes of the majority of Palestine's inhabitants, Jerusalem and its environs (including the city of Bethlehem to the south) were not allocated to either the Palestinian or Jewish state, but were instead to be administered internationally as a separate entity. The borders of the UN Partition Plan, which allotted approximately 55% of Palestine to a Jewish State, remain the only internationally recognized borders of Israel.

During the 1948 war, Israel ignored the Partition Plan and invaded and occupied 84% of Jerusalem. Jordanian forces prevented Israel from occupying the remainder of Jerusalem, including the Old City (11.5% of Jerusalem's 1948 border). A remaining 4.5% of Jerusalem's 1948 border became "no-man's land".

The bulk of Jerusalem which Israel occupied in 1948 came to be known as "West Jerusalem" and the remainder of Jerusalem occupied by Jordan in 1948 came to be known as "East Jerusalem".

Approximately 20,000 Muslim and Christian residents of West Jerusalem fled or were expelled from their homes and have never been permitted to return.

### 1967 OCCUPATION

In 1967, Israel militarily occupied East Jerusalem, the rest of the West Bank and the Gaza Strip. Four days after the occupation began, Israeli forces destroyed the Arab "Mughrabi" Quarter of the Old City giving the residents only 3 hours notice and making approximately 6,000 Palestinians homeless. The Western Wall plaza is created in its place.

Despite Israel's claim that it never intended to occupy Palestinian lands, Israel unilaterally expanded the borders of Jerusalem only weeks after the war's conclusion. The expansion incorporated 1.3% of the Occupied Palestinian Territories into a newly expanded "Jerusalem municipality" and enlarged East Jerusalem to more than ten times its pre-occupation size. The new borders were drawn in such a way as to incorporate undeveloped Palestinian land while leaving Palestinian population centers outside the new borders. The undeveloped land was used to build illegal Israeli colonies in an effort to change East Jerusalem's demographic make-up.

In 1980, the Israeli government passed the "Basic Law" by which it extended Israeli jurisdiction to occupied East Jerusalem. The attempt at annexation violated the international legal prohibition against acquiring territory by force and was declared of "no legal validity" by the United Nations Security Council.

### CHANGING DEMOGRAPHICS

Since the 1967 occupation, the Israeli government has systematically pursued three interrelated policies aimed at increasing the number of Israeli Jews in Occupied East Jerusalem while minimizing the number of Christians and Muslim Palestinians: (i) creation of Israeli colonies in East Jerusalem; (ii) discriminatory practices against the Christian and Muslim Palestinian residents of East Jerusalem; and (iii) the closing of Jerusalem to the Palestinian population of the rest of the Occupied West Bank and the Gaza Strip.

**Colonies (Settlements).** Soon after the start of Israel's 1967 military occupation, Israel began constructing Israeli colonies in Occupied East Jerusalem in violation of the Fourth Geneva Convention's prohibition against transferring civilian populations into Occupied Territory. Colony construction continues to this day. The Israeli government incentives Israelis to settle Occupied East Jerusalem through housing

subsidies and other benefits. As a result, the settler population of East Jerusalem accounts for nearly 80% of the total increase in Jerusalem's Jewish population since 1967. The illegal colonies now form a ring around the entire occupied portion of the city, sealing off East Jerusalem from the remainder of the West Bank. Today, approximately half of the nearly 400,000 illegal settlers in the Occupied Palestinian Territories live in Occupied East Jerusalem.

**Discrimination.** Since the 1967 occupation, the Israeli government and the Jerusalem municipality have adopted a discriminatory policy of "separate and unequal."

- **Residency Rights:** East Jerusalem Palestinians must have residency cards to live in their own city. In order to minimize the number of Muslim and Christian Palestinians in Occupied East Jerusalem, Israel has implemented an active policy of stripping East Jerusalem Palestinians of their residency cards. Israel requires Palestinian residents of East Jerusalem to regularly prove that Jerusalem is their "center of life". Consequently Palestinian residents risk losing their residency rights if they study or work outside Jerusalem. To date, nearly 7,000 Palestinians have lost their residency rights, and thousands of others have been forced to bring legal claims to protect their residency. Israeli Jewish residents living illegally in Occupied East Jerusalem are full Israeli citizens and cannot be stripped of their Jerusalem residency rights.

- **Building Restrictions:** Discriminatory zoning policies make it extremely difficult for Palestinian owners to build on their own land or to add additional rooms to existing structures. As a result, Palestinian lands in East Jerusalem remain empty until they are expropriated for the construction of Israeli colonies. Since 1967, Israel has expropriated approximately 34% of East Jerusalem's land area for "public use". **[1]** Another 53% of East Jerusalem's land has been set aside for colonies or designated as "green areas."**[2]** Palestinians in East Jerusalem can therefore live and build on only 13% of their land. Palestinians who, lacking any other alternative, build without permits have been subject to forced evictions and home demolitions. Over 2,000 Palestinian homes in Occupied East Jerusalem have been destroyed by Israeli occupation forces since 1967. **[3]**

- **Taxes:** Palestinian Jerusalemites, who constitute more than 30% of the Jerusalem (East and West) population, receive only 5-10% of Jerusalem's social services expenditures. In 2002, East Jerusalem's Christian and Muslim residents received only 16.6% of Jerusalem's education budget and 6.2% of Jerusalem's health budget.**[4]**

**Isolation.** Since the 1994 start of the Oslo process, Israel has prevented Palestinians from the West Bank and Gaza Strip from entering any portion of Jerusalem. Non-Jerusalemite Palestinians wishing to enter Jerusalem must use a temporary permit that Israeli authorities rarely grant. This closure policy has resulted in more than 3 million Christian and Muslim Palestinians being denied access to their holy sites in Jerusalem, even during religious holidays. It has also isolated Jerusalem, an important economic, transportation and cultural center, from the rest of the West Bank, in effect prohibiting the non-Jerusalemite Palestinian population from studying in East Jerusalem or receiving certain medical treatments that are only available in East Jerusalem hospitals.

- **The Jerusalem Wall.** In 2003, Israel began constructing a wall around Occupied East Jerusalem. If the wall were truly about Israel's security as Israel claims, the wall would have been built on the border between Israel and Occupied East Jerusalem. Instead, Israel is building the wall well within Occupied Palestinian Territory in order to unilaterally impose its own expanded borders on Jerusalem and consolidate the isolation of East Jerusalem from the rest of the West Bank. The wall is expected to de facto annex 320 square kilometers in and around East Jerusalem (or approximately 5.6% of the entire West Bank's land mass).

**INTERNATIONAL LAW AND EAST JERUSALEM: "INADMISSIBILITY OF ACQUISITION OF TERRITORY BY FORCE"**

Customary international law, as reflected in the United Nations charter (Article 2, paragraph 4), rejects the admissibility of acquisition of territory by force and consequently, Israel's annexation and authority over East Jerusalem is illegal under international law.

UN Position on East Jerusalem

The United Nations recognizes East Jerusalem as occupied territory (subject to the provisions of the Fourth Geneva Convention) and consequently rejects Israeli claims of sovereignty over East Jerusalem:

- In response to Israel's occupation of foreign territory, United Nations Security Council Resolution (UNSCR) 242 of 1967 calls for the "withdrawal of Israel armed forces from territories occupied in the recent conflict."

- In response to Israel's expansion of Jerusalem's borders, UNSCR 252 of 1968 states that the Security Council "Considers that all…actions taken by Israel…which tend to change the legal status of Jerusalem are invalid and cannot change that status."

- In response to Israel's attempt to annex Occupied East Jerusalem, UNSCR 476 of 1980 states that the Security Council "Reconfirms that all…actions taken by Israel, the occupying Power, which purport to alter the character and status of…Jerusalem have no legal validity and constitute a flagrant violation of the Geneva Convention relative to the Protection of Civilian Persons in Time of War and also constitute a serious obstruction to achieving a comprehensive, just and lasting peace in the Middle East."

U.S. Position on East Jerusalem

Official U.S. policy does not recognize Israel's attempted annexation of East Jerusalem.  The official U.S. position is embodied in the U.S. Letter of Assurances to the Palestinians of October 1991, part of the official record of the Madrid Peace Conference.  In part, it reads:

> We do not recognize Israel's annexation of East Jerusalem or the extension of its municipal boundaries, and we encourage all sides to avoid unilateral acts that would exacerbate local tensions or make negotiations more difficult or preempt their final outcome.

EU Position on East Jerusalem

Official European Union policy regards East Jerusalem as Occupied Territory and rejects Israeli claims of sovereignty over East Jerusalem. In a Declaration by the EU Council of Ministers on October 1, 1996, the EU declared that:

> East Jerusalem is subject to the principles set out in UN Security Council Resolution 242, notably the inadmissibility of the acquisition of territory by force and is therefore not under Israeli sovereignty. The Union asserts that the Fourth Geneva Convention is fully applicable to East Jerusalem, as it is to other territories under occupation.

The Palestinian Position on Jerusalem

- As part of the territory occupied in 1967, Israel has no right to any part of East Jerusalem. It is part of the territory over which the indigenous Palestinian population shall exercise sovereignty upon Israeli withdrawal.

- In conformity with international law and as stated in the Declaration of Principles on Interim Self-Government Arrangements, all of Jerusalem (and not merely East Jerusalem) is the subject of permanent status negotiations.

- Jerusalem should be an open city. Within Jerusalem, irrespective of the resolution of the question of sovereignty, there should be no physical partition that would prevent the free circulation of persons within it.

- Palestine and Israel shall be committed to guaranteeing freedom of worship at and access to religious sites within Jerusalem.  Both states will take all possible measures to protect such sites and preserve their dignity.

---

[1]  Palestinian Academic Society for the Study of International Affairs (PASSIA), 2003 Diary 304 (2003).
[2] *Id.*
[3] *Id.,* at 302.
[4] *Id,.* at 305.