UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

       Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

       Defendants.
_____/

## MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS

On December 31, 2009, Magistrate Judge O'Sullivan entered an order (DE 392) granting in part and denying in part Defendants' Motion for Entry of a Protective Order Regarding Plaintiff's Notice of Deposition of Ahmed Qurei.

Under the Federal Rules of Civil Procedure and the Local Rules of this Court, the last day to file an objection to the December 31, 2009 order is today, January 19, 2010. Plaintiff intends to object to that part of the December 31 order that granted defendants' motion. However, plaintiff's counsel has been under the weather and therefore unable to work to full capacity, and so requires a one-day enlargement of time to file the objection. Defendants' counsel has informed plaintiff's counsel that defendants do not object to this motion.

WHEREFORE the instant motion should be granted.

Date: January 19, 2010        Respectfully submitted,

        s/: Isaac M. Jaroslawicz
Isaac M. Jaroslawicz, Esq. (Florida Bar Number: 979510)
E-mail address: Isaac@MyLawyerIsaac.com
**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone:     (305) 398-7739
Facsimile:     (786) 206-3575
Attorneys for Plaintiff Moshe Saperstein

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 s/: Isaac M. Jaroslawicz
Isaac M. Jaroslawicz, Esq. (Florida Bar Number: 979510)
E-mail address: Isaac@MyLawyerIsaac.com
**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone:     (305) 398-7739
Facsimile:      (786) 206-3575
Attorneys for Plaintiff Moshe Saperstein

- 2 -

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

## SERVICE LIST

**Saperstein v. The Palestinian Authority**
**CASE NO.:  04-20225-CIV-SEITZ/O'SULLIVAN**
**United States District Court, Southern District of Florida**

**Ramsey Clark, Esq.**
**Lawrence W. Schilling, Esq.**
Ramsey Clark & Lawrence W. Schilling
37 W 12th Street, Suite 2B
New York, NY 10011
Tel: 212-989-6613; Fax: 212-979-1583
*Attorneys for Defendants*

**Mark J. Rochon, Esq.**
Email: mrochon@milchev.com
**Richard A. Hibey, Esq.**
Email: rhibey@milchev.com
**Timothy P. O'Toole, Esq.**
Email: totoole@milchev.com
**Lamia R. Matta, Esq.**
Email: lmatta@milchev.com
**Charles F.B. McAleer Jr., Esq.**
Email: cmcaleer@milchev.com
**Brian Hill, Esq.**
Email: bhill@milchev.com
Miller & Chevalier Chartered
655 15th Street NW, Suite 900
Washington, DC 20005-6701
Tel: 202-626-5800; Fax: 202-626-5801
*Attorneys for Defendants*

**Gary A. Woodfield, Esq.**
Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Suite 400
West Palm Beach, FL 33401-4309
Tel: 561-833-7700; Fax: 561-655-8719
Email: gwoodfield@eapdlaw.com
*Attorneys for Defendants*

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com