UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

Defendants.
_____/

## JOINT APPLICATION FOR APPOINTMENT
## OF A COMMISSIONER PURSUANT TO RULE 28(b)(1)(D), FED. R. CIV. P.

Plaintiff and Defendants ("Parties") hereby jointly request, pursuant to Rule 28(b)(1)(D), Fed. R. Civ. P., that the Court appoint Brenda Matzov, as a commissioner authorized to administer oaths and carry out the other duties of an officer set forth in Rule 30(b)(5), Fed. R. Civ. P., in any depositions conducted in this matter outside of the United States.

In support of their application, the Parties state as follows:

1. The Parties will be conducting depositions in this matter outside the United States.

2. Rule 28(b)(1)(D), Fed. R. Civ. P., provides in relevant part that a "deposition may be taken in a foreign country … before a person commissioned by the court to administer any necessary oath and take testimony."

3. Rule 30(b)(5), Fed. R. Civ. P., provides that, "[u]nless the parties stipulate otherwise, a deposition must be conducted before an officer appointed or designated under Rule 28," and sets forth in detail the duties of such an officer.

The Parties have agreed to request the appointment of Brenda Matzov, a licensed court reporter who currently resides in Israel, as a commissioner authorized to administer oaths and carry out the other duties of an officer set forth in Rule 30(b)(5), Fed. R. Civ. P., for any depositions in this matter conducted outside of the United States.

WHEREFORE, the Parties jointly request that the instant application be granted.

A proposed Order is annexed hereto.

Dated: February 23, 2010                                                                 Respectfully submitted,

| /s/ Isaac M. Jaroslawicz | /s/ Gary A. Woodfield |
|---|---|
| Isaac M. Jaroslawicz (Fla. Bar No. 979510) <br> Isaac@MyLawyerIsaac.com <br> Jaroslawicz Law Offices <br> 1177 Kane Concourse, #222 <br> Bay Harbor Islands, Florida 33154 <br> Telephone: (305) 398-7739 <br> Attorneys for Plaintiff Moshe Saperstein | Gary A. Woodfield (Fla. Bar No. 563102) <br> gwoodfield@eapdlaw.com <br> Edwards Angell Palmer & Dodge LLP <br> One North Clematis Street, Suite 400 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 833-7700 <br> Counsel for Defendants The Palestinian Authority and The Palestine Liberation Organization |
| Robert J. Tolchin <br> RJT@TolchinLaw.com <br> The Berkman Law Office, LLC <br> 111 Livingston Street, Suite 1928 <br> Brooklyn, New York 11201 <br> Telephone: (212) 227-2780 <br> Counsel for Plaintiff Moshe Saperstein | Richard A. Hibey <br> rhibey@milchev.com <br> Mark J. Rochon <br> mrochon@milchev.com <br> Charles F. B. McAleer, Jr. <br> cmcaleer@milchev.com <br> Timothy P. O'Toole <br> totoole@milchev.com <br> Brian A. Hill <br> bhill@milchev.com <br> Miller & Chevalier Chartered <br> 655 Fifteenth Street, N.W., Suite 900 <br> Washington, DC 20005-5701 <br> Telephone: (202) 626-5800 <br> Counsel for Defendants The Palestinian Authority and The Palestine Liberation Organization |

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2010, a true and correct copy of the foregoing was served by ECF, with a copy additionally being provided by hand delivery to the following:

>Robert J. Tolchin
>THE BERKMAN LAW OFFICE, LLC
>111 Livingston Street, Suite 1928
>Brooklyn, NY 11201
>Telephone: (718) 855-3627
>Facsimile: (718) 855-4696
>Email: rtolchin@berkmanlaw.com
>
>Isaac M. Jaroslawicz
>JAROSLAWICZ LAW OFFICES
>1177 Kane Concourse, #222
>Bay Harbor Islands, FL 33154
>Telephone: (305) 398-7739
>Facsimile: (786) 206-3575
>Email: Isaac@MyLawyerIsaac.com
>**Attorneys for Plaintiff Moshe Saperstein**

By: /s/ Gary A. Woodfield

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

Plaintiffs,

v.
THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

Defendants.
_____/

**ORDER GRANTING
THE PARTIES' JOINT APPLICATION FOR APPOINTMENT
OF A COMMISSIONER PURSUANT TO RULE 28(b)(1)(D), FED. R. CIV. P.**

THIS CAUSE comes before the Court upon the Parties' Joint Application for Appointment of a Commissioner Pursuant to Rule 28(b)(1), Fed. R. Civ. P. After review of the record, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED, pursuant to Rule 28(b)(1)(D), Fed. R. Civ. P., that Brenda Matzov, shall be and hereby is appointed as a commissioner authorized to administer oaths and carry out the other duties of an officer set forth in Rule 30(b)(5), Fed. R. Civ. P., in any depositions conducted in this matter outside of the United States.

DONE AND ORDERED in Chambers, in Miami, Miami-Dade County, Florida this ____ day of February, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record

1030494.1