UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Parties' joint request that the Court enter an order setting the location for the depositions of Dr. Salam Fayyad, Prime Minister of the Palestinian Authority, and Ahmad Hazzuri, Ziad Abu Ein, Jawad Amawi, and Ashraf al-Ajrami in this matter. After review of the record, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED, the deposition of Dr. Salam Fayyad, Prime Minister of the Palestinian Authority shall take place in East Jerusalem, and it is

FURTHER ORDERED that the depositions of Ahmad Hazzuri, Ziad Abu Ein, Jawad Amawi, and Ashraf al-Ajrami shall take place in East Jerusalem.

DONE AND ORDERED in Chambers, in Miami, Miami-Dade County, Florida this 26th day of February, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record