UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN, et al.,

        Plaintiffs,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION
ORGANIZATION,

        Defendants.

_____/

## ORDER

THIS MATTER, having come before the Court on April 29, 2010 for a hearing relating to the issues identified in the Plaintiff's Notice of Hearing dated April 23, 2010 [DE 437], and for the reasons stated from the bench during the April 29, 2010 hearing, it is now therefore:

ORDERED, as follows:

1. For purposes of Fed. R. Civ. P. 30(a)(2)(A)(i), the Plaintiff shall be deemed to have taken seven depositions through the date of this order.

2. Defendant the Palestinian Authority ("PA") shall produce Yasser Al-Khatib for deposition, pursuant to Fed. R. Civ. P. 30(b)(1), on or before May 28, 2010, at a place and time to be mutually agreed between the parties or, failing agreement of the parties, set by the Court.

1047070.1

3. Defendants' counsel may identify to Plaintiff's counsel specific interrogatories or document requests relating to Yasser Al-Khatib, which Plaintiff's counsel shall review, and if the Plaintiff has any further information and documents relating to Mr. Al-Khatib that are responsive to the interrogatories and document requests identified by Defendants' counsel beyond what the Plaintiff has already produced to date, the Plaintiff shall provide such information and documents to Defendants and supplement his answers and responses to the interrogatories and documents identified by Defendants, within 7 days after Defendants' counsel has identified any such interrogatories or document requests or by May 14, 2010, whichever is later.

4. Defendant the Palestine Liberation Organization ("PLO") shall produce Ahmed Qurei, pursuant to Fed. R. Civ. P. 30(b)(1), for deposition on or before May 28, 2010, at a place and time to be mutually agreed between the parties or, failing agreement of the parties, set by the Court.

5. Defendant PLO is ordered to produce for deposition a witness knowledgeable about the matters listed in section 1 of Plaintiff's notice of deposition of Defendant PLO pursuant to Fed. R. Civ. P. 30(b)(6) dated February 8, 2010. However, in respect to payments made by the PNF that were the subject of this Court's Order of September 2, 2009 [DE 339], the witness shall be required only to have knowledge of the method by which such payments were categorized as "ordinary…expense payments," and to be able to testify in respect to those "ordinary…expense payments." Defendant PLO shall produce the witness on or before May 28, 2010 at a place and time to be mutually agreed between the parties or, failing agreement of the parties, set by the Court.

6. Plaintiff's application to compel the Defendants to produce Ata Abu Rumalieh for deposition is denied.

7. On or before, May 14, 2010, Defendants shall supplement their answer to the Plaintiff's Interrogatory No. 8 to the extent of informing Plaintiff as to what position(s) Ata Abu Rumalieh has held in the PLO or PA from 2002 to the present, if any.

8. Defendant PA shall produce Ziad Abu Ein for deposition on or before May 28, 2010. Such deposition to be conducted by video conference, with Plaintiff to bear the expense of the video conference at a time to be mutually agreed between the parties or, failing agreement of the parties, set by the Court.

DONE AND ORDERED, in Chambers, at Miami, Florida this 7 day of May, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

1047070.1