# EXHIBIT 4

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

|  |  |
|---|---|
| MOSHE SAPERSTEIN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE PALESTINIAN AUTHORITY, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF GENERAL MOHAMMAD YOUSSEF**

Pursuant to 28 U.S.C. § 1746, I, General Mohammad Youssef, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory (West Bank).

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I read and speak Arabic. I have read, understood and signed an Arabic translation of this Declaration.

4. I am a General in the security services of the Palestinian Authority ("PA"). I am the Director of the Management and Organization Department ("MOD") of the PA. Among the functions of the MOD is to perform personnel and human resource services for the various PA security services, including the Preventive Security Service ("PSS"). The MOD maintains information regarding current and former personnel of the PA security services, including the PSS.

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

5.      I have been the Director of the MOD continuously since March 1, 2005. From July 1994 to June 2007, the MOD, including my office, was located in the Gaza Strip, Occupied Palestinian Territory. In June 2007, shortly before the takeover of the Gaza Strip by Hamas, the MOD moved to Ramallah, Occupied Palestinian Territory (West Bank). At that time, I was asked by the President of the PA to move my residence and my office to Ramallah, Occupied Palestinian Territory (West Bank), which I did in June 2007. Shortly before my departure, I learned of plans by Hamas to kidnap me and keep me in the Gaza Strip.

6.      Prior to my departure from the Gaza Strip, I was aware of a person named "Yasser Mahmoud Ismael Al-Khatib" ("Al-Khatib"), who had been employed by the PSS in the city of Rafah in the Gaza Strip. As of January 2007, Al-Khatib held the rank of Major in the PSS.

7.      On information and belief, while he was an employee of the PSS in the Gaza Strip, Al-Khatib was a very strong opponent of Hamas. In 2006, the PA security services decided to form a special forces unit to combat Hamas. The Commander of that special unit was Brigadier General Manar Shehadeh of the PSS. In approximately September 2006, Al-Khatib was asked to join the unit and serve as the Commander of the Rafah section of the unit, which he agreed to do. The unit began to form by the beginning of 2007.

8.      On information and belief, and based on the report of Brigadier General Manar Shehadeh directly to me, Hamas attempted to assassinate Al-Khatib in the beginning of 2007 by attacking his home, and they burned his car. Hamas also placed Al-Khatib on its highest wanted list and made other threats against Al-Khatib. As a result, Al-Khatib left the Gaza Strip on or about June 14, 2007, at the time of Hamas' takeover of the Gaza Strip.

**REDACTED**

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

9. Since his departure from the Gaza Strip in June 2007, Al-Khatib has not been performing any services for the PSS and has not been functioning as an employee of the PSS. To my knowledge, and based on my inquiry, no one in my office is in contact with Al-Khatib.

10. On information and belief, I am aware that Hamas is trying to recruit many current and former PA security services personnel with offers of money and employment.

11. Because Al-Khatib ceased functioning as a PSS employee when he left the Gaza Strip in June 2007, and because of the sudden transfer of the MOD's offices to Ramallah in June 2007, the MOD has only limited, electronic information relating to Al-Khatib. Attached as Exhibit A is a computer record printed on April 15, 2010 from the computer records of MOD, which is the sole record that the MOD has on Al-Khatib at the MOD's offices in Ramallah.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 21st day of April, 2010, in Ramallah, Occupied Palestinian Territory (West Bank).

/s/
General Mohammad Youssef
Director, Management and Organization Department
The Palestinian Authority