# EXHIBIT 5

798192.1

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

| | |
|---|---|
| MOSHE SAPERSTEIN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE PALESTINIAN AUTHORITY, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF GENERAL RADWAN EL-HILLO

Pursuant to 28 U.S.C. § 1746, I, General Radwan el-Hillo, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory (West Bank).

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I read and speak Arabic. I have read, understood and signed an Arabic translation of this Declaration.

4. I am a General in the security services of the Palestinian Authority ("PA"). I am the Director General of the Central Financial Directorate ("CFD") of the security services of the PA. Among the functions of the CFD is to administer the finances, including the payrolls, of the various PA security services, including the Preventive Security Service ("PSS"). The PA Ministry of Finance funds the CFD's budget, and the CFD approves and issues payments, including payroll payments.

999952.1

## CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5. I have been the Director General of the CFD continuously since June 15, 2005. From July 1994 to June 2007, the CFD, including my office, was located in the Gaza Strip, Occupied Palestinian Territory. In June 2007, shortly before the takeover of the Gaza Strip by Hamas, the CFD moved to Ramallah, Occupied Palestinian Territory (West Bank). At that time, I also moved my residence and my office to Ramallah, Occupied Palestinian Territory (West Bank).

6. Prior to my departure from the Gaza Strip, I was aware of a person named "Yasser Mahmoud Ismael Al-Khatib" ("Al-Khatib") who was employed by the PSS in the city of Rafah in the Gaza Strip. As of January 2007, Al-Khatib held the rank of Major in the PSS.

7. On information and belief, while he was an employee of the PSS in the Gaza Strip, Al-Khatib was a strong opponent of Hamas, which angered members of Hamas. Ultimately, Al-Khatib was wanted by Hamas. As a result, Al-Khatib left the Gaza Strip in 2007

**REDACTED**

8. Since his departure from the Gaza Strip in 2007, Al-Khatib has not been performing any services for the PSS and has not been functioning as an employee of the PSS. On information and belief, Al-Khatib has diabetes and is very sick.

9. Al-Khatib was one of many persons who were employed in the Gaza Strip by the PSS but who had to leave the Gaza Strip because of Hamas and Hamas' takeover of the Gaza Strip. Most of those persons were unable to enter the West Bank, either because of restrictions imposed by the Government of Israel or the impossibility of traversing the Gaza Strip under threat of attacks by Hamas,                              Because those persons had to

# CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

leave the Gaza Strip for their personal safety, and despite the fact that they are not functioning as employees of the PSS and other security services whose payrolls are under the authority of the CFD, the PA adopted the policy of continuing to pay such persons salaries and providing them regular increases in rank as if they were still functioning as employees of the PSS or other security services, at least through the period of Hamas' control over the Gaza Strip. The PA adopted this policy for several reasons, including (a) adhering to basic principles of fairness to such persons and their families since they lost their jobs because of Hamas' takeover and were not able to find sufficient, paying employment in their refugee status, and (b) the concern that, if those persons did not continue to receive salary payments and regular increases in rank from the PA, they might be susceptible to recruitment by Hamas and other radical militant groups. I am aware that, since Hamas' takeover of the Gaza Strip, Hamas has undertaken extensive efforts to recruit former PSS employees by offering them money and employment. Currently, there are approximately 360 persons **REDACTED** who left following Hamas' takeover of the Gaza Strip and who continue to receive salary payments and regular increases in rank pursuant to the policy adopted by the PA as described above.

10. Given the additional cost of housing and living for the PA security personnel who left the Gaza Strip following Hamas' takeover, the PA also decided to provide them a monthly $250 cash stipend. The cash stipend payments are administered by a CFD payment committee. The payment committee submits to the CFD, on a monthly basis, the list of intended recipients for the cash stipend. Assuming those persons have not been recruited to Hamas, the CFD authorizes the payment committee to distribute the cash stipends to the persons on the list. If the PA security services

3

999952.1

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

determine that a potential recipient has been recruited by or collaborated with Hamas, then the person is removed from the approved list of recipients and all salary and stipend payments to that person are ceased. The current procedure requires the payment committee to distribute the cash stipend personally to the recipients, who must come to receive their stipend in person and sign receipts for the payment. The payment committee maintains those receipts

11. Since Al-Khatib's departure from the Gaza Strip following Hamas' takeover, the CFD has authorized and issued salary payments to Al-Khatib by wire to Account No. 127852 in the Bank of Palestine, Ltd., Rafah Branch, Occupied Palestinian Territory (Gaza Strip), and provided Al-Khatib regular increases in rank in accordance with the overall policy adopted by the PA as described above. Attached as Exhibit A is a collection of CFD records that reflect those payments and increases in rank. The monthly salary payment issued to Al-Khatib for March 2010 was NIS 4,940.53. As of April 2010, Al-Khatib technically holds the title of Lt. Colonel in the PSS although, as noted in paragraph 8 above, he has not been performing any services for the PSS and has not been functioning as an employee of the PSS since approximately June 2007 when he left the Gaza Strip.

12. Al-Khatib has also received his monthly $250 cash stipend payment from the CFD         Attached as Exhibit B is a redacted excerpt of the list of the 360 persons         , including Al-Khatib, who were approved to receive the monthly $250 cash stipend payment in the month of April 2010. Al-Khatib is Recipient No. 357 on the list.

**REDACTED**

4

999952.1

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 21st day of April, 2010, in Ramallah, Occupied Palestinian Territory (West Bank).

/s/ _____
General Radwan el-Hillo
Director General, Central Financial Directorate
The Palestinian Authority