UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN,

    Plaintiff,

v.

THE PALESTINIAN AUTHORITY;
THE PALESTINE LIBERATION

ORGANIZATION,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on July 13, 2010. Having reviewed the record and having heard from both parties, it is

ORDERED AND ADJUDGED that for the reasons stated on the record, the plaintiff's request for leave to file a motion for sanctions and request for sanctions against the defendants is **DENIED**. The plaintiff sought to file a written motion:

> (i) to deem certain facts as established against defendant PLO pursuant to Fed.R.Civ.P. 37 as a sanction for the refusal of PLO officer Ahmed Qurei to answer numerous questions during his June 17 deposition; (ii) to sanction defendants for deceiving this Court into adjourning Qurei's deposition from May 26 until June 17 by falsely asserting at the May 25 hearing in this matter that Mr. Qurei would be unable to travel to Jerusalem until mid-June, when in fact Mr. Qurei returned to Jerusalem in late May; and (iii) for sanctions for misconduct by defendants' counsel at the June 17 deposition.

Plaintiff's Notice of Hearing (DE# 507, 6/29/10). However in email communications, the plaintiff refused to confer with the defendants regarding these issues, unless the defendants agreed to the imposition of sanctions. The Local Rules of this Court require

that parties confer prior to bringing issues before the Court. See S.D. Fla. L.R. 7.1(a)(3). Rule 7.1(a)(3) provides that the "[f]ailure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction. . . ." Id. Additionally, during numerous informal discovery conferences the undersigned has advised the parties that they have an obligation to confer before setting matters for hearing. Accordingly, the plaintiff's request for leave to file a motion and request for sanctions against the defendants is DENIED.

      DONE AND ORDERED, in Chambers, in Miami, Florida, this **13th** day of July, 2010.

                                                                    JOHN J. O'SULLIVAN  
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies provided to:  
United States District Judge Seitz  
All counsel of record