UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN,

    Plaintiff,

v.

THE PALESTINIAN AUTHORITY, and THE
PALESTINE LIBERATION ORGANIZATION,

    Defendants.
_____/

## ORDER TO SHOW CAUSE
## WHY PLAINTIFF SHOULD NOT BE SANCTIONED

THIS MATTER is before the Court *sua sponte*. On August 20, 2010, Plaintiff's Counsel Isaac Jaroslawicz delivered correspondence[1] to the undersigned via hand delivery and e-mail. Mr. Jaroslawicz's correspondence appears to present argument to the Court regarding Plaintiff's Objections to Magistrate Judge O'Sullivan's Discovery Orders of May 25 and June 3, 2010 [DE 489]. Counsel is well aware that the rules of court prohibit such correspondence to the Court: "an attorney shall not address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments." Local Rule 7.7. Accordingly, it is hereby

ORDERED that no later than **August 27, 2010**, at **9:00 a.m.**, Plaintiff must show cause why he should not be sanctioned. Failure to comply with this Order may result in sanctions.

DONE AND ORDERED in Miami, Florida, this 23rd day of August, 2010.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:    Judge John J. O'Sullivan
        Counsel of Record

---

[1] The letter has been docketed as DE-534 so that the correspondence is in the record.