UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN

MOSHE SAPERSTEIN,

    Plaintiff,

v.

THE PALESTINIAN AUTHORITY, and THE
PALESTINE LIBERATION ORGANIZATION,

    Defendants.
_____/

## FINAL ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice [DE 543], indicating that Plaintiff is dismissing this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 12th day of October, 2010.

                                                            PATRICIA A. SEITZ
                                                            UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge John J. O'Sullivan
        Counsel of Record