# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED by _____ D.C.
OCT 05 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

September 29, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 10-15262-CC
Case Style: Moshe Saperstein, et al v. The Palestinian Authority, et al
District Court Docket No: 1:04-cv-20225-PAS

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Brenda F. Wiegmann, CC
Phone #: (404) 335-6174

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-15262-CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 29 2011
JOHN LEY
CLERK

MOSHE SAPERSTEIN,
RACHEL SAPERSTEIN,
AVI ITZHAK SAPERSTEIN,
TAMAR SAPERSTEIN,
DAFNA SAPERSTEIN,

Plaintiffs-Appellants,

versus

THE PALESTINIAN AUTHORITY,
THE PALESTINE LIBERATION ORGANIZATION,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: BARKETT, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

Appellees' Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED for lack of jurisdiction. The appeal by Moshe Saperstein does not present an Article III case or controversy, as Saperstein does not possess the requisite adversity with respect to the voluntary dismissal with prejudice of his claims. *Druhan v. Am. Mut. Life*, 166 F.3d 1324, 1326 (11th Cir. 1999). Further, this appeal does not fall within the fact-specific exception provided in *OFS Fitel, LLC v. Epstein,*

*Becker and Green, P.C.*, 549 F.3d 1344 (11th Cir. 2008), because the district court's October 4, 2010, interlocutory order was not case-dispositive. The appeal by Rachel Saperstein, Avi Itzhak Saperstein, Tamar Saperstein, and Dafna Saperstein, (collectively, "Saperstein Relatives"), is dismissed because the Saperstein Relatives expressly abandoned their appeal of the district court's December 22, 2006, order, which was the only order adjudicating their claims.

The "Motion Pursuant to 28 U.S.C. § 1653 to Amend Defective Allegations of Jurisdiction" is DENIED AS MOOT. The Clerk is directed to GRANT, *nunc pro tunc*, the parties' motions to extend the page limits and time for filing.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia